

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TERWIN ADVISORS LLC, and TERWIN : No._____
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **RULE 7.1 STATEMENT**
MORTGAGE WAREHOUSE TRUST II, SERIES :
LVIII, :
:
      Plaintiffs, :
:
vs. :
:
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
:
      Defendants. :
------------------------------------- x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Advisors LLC ("Terwin Advisors") and Terwin Warehouse Management LLC ("Terwin Warehouse") (both private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

  Terwin Warehouse is a non-publicly held Delaware limited liability company whose sole member is Terwin Asset Management LLC ("TAM"), a non-publicly held limited liability company. The members of TAM are Terwin Employees LLC ("Employees), a non-publicly held limited liability company, and Terwin Holdings LLC ("Holdings"), a non-publicly held limited liability company. The members of Employees are 13 natural persons. The members of Holdings are Employees and Shinsei Capital (USA) Limited, a Delaware corporation. Shinsei Capital (USA) Limited is a wholly-owned subsidiary of Shinsei Bank, Limited. Shinsei Bank, Limited is publicly traded on the Tokyo Stock Exchange.

Terwin Advisors is a non-publicly held Delaware limited liability company whose sole member is Holdings. Holdings is a non-publicly held limited liability company. Again, the members of Holdings are Employees, a non-publicly held limited liability company and Shinsei Capital (USA) Limited, a Delaware corporation. The members of Employees are 13 natural persons. Shinsei Capital (USA) Limited is a wholly-owned subsidiary of Shinsei Bank, Limited. Shinsei Bank, Limited is publicly traded on the Tokyo Stock Exchange.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

Jeffrey D. Kurtzman (JK 7689)
Matthew J. Borger (MB 7898)
260 South Broad Street, 4th Floor
Philadelphia, PA 19102
Tel.: 215-568-6060
Fax: 215-568-6603
Attorneys for Plaintiffs

-2-

PHIL1 730902-1