UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERWIN ADVISORS LLC, and TERWIN : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **CERTIFICATE OF SERVICE OF**
MORTGAGE WAREHOUSE TRUST II, SERIES : **SUMMONS AND COMPLAINT**
LVIII, : **UPON DEFENDANT SILVER STATE**
: **FINANCIAL SERVICES, INC.**
          Plaintiffs, :
:
     vs. :
:
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
:
          Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and Terwin Warehouse Management LLC in the above-captioned matter. I caused to be served upon defendant Silver State Financial Services, Inc. the summons and complaint in this matter as evidenced by the original Affidavit of Service attached hereto as Exhibit A.

Dated: June 26, 2007

                              KLEHR, HARRISON, HARVEY,
                              BRANZBURG & ELLERS LLP

                              _____
                              Matthew J. Borger (MB 7898)
                              260 South Broad Street, 4th Floor
                              Philadelphia, PA 19102
                              Tel.: 215-568-6060
                              Fax: 215-568-6603
                              Attorneys for Plaintiffs

PHIL1 740274-1

## EXHIBIT A

**AFFIDAVIT OF SERVICE**  CASE NO.: **07-CV-3647**

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF    STATE OF **NEW YORK**

*Terwin Advisors, LLC, et al*  Plaintiff(s)/Petitioner(s)

vs

*Silver State Financial Services, Inc., et al*  Defendant(s)/Respondent(s)

County of **Clark**, State of **Nevada**

**Heather Chamberlain**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **May 16, 2007** at **9:55 AM** at Resident Agent R Glen Woods, 1349 Galleria Dr. Ste. 200, Henderson, affiant served the within:

**Summons & Complaint**

UPON: **Silver State Financial Services, Inc.**, **Defendant** (herein called recipient) therein named.

**INDIVIDUAL** ☐ by delivering a true copy of each to said recipient personally.

**CORPORATION** ☒ A **Nevada** corporation, by delivering thereat a true copy of each to **Carol** personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Employee** thereof.

**SUITABLE AGE PERSON** ☐ by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** ☐ by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day____ Date____ Time____ Day____ Date____ Time____
Day____ Date____ Time____ Day____ Date____ Time____

**MAILING COPY** ☐ Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of Nevada on _____ [ ] The above mailing was made by certified mail (Receipt No. _____).

**DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female**  Color of skin **White**  Color of hair **Grey**  Approx. Age **51 - 65 Yrs.**
Approx. Height **Sitting**  Approx. weight **Sitting**  Other **Receptionist**

**WITNESS FEES** ☐ $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** ☐ Affiant was able to identify recipient from annexed photo.

**MILITARY SERVICE** ☐ To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Sworn to before me on this **17th** day of **May, 2007**

_____  Affiant - **Heather Chamberlain**
Notary Public    Legal Process Service
      License # 604

NOTARY PUBLIC STATE OF NEVADA
County of Clark
NORMA P. McMAHAN
Appt. No. 93-3447-1
My Appt. Expires July 1, 2009

WorkOrderNo **0702631**

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101

AO 440 (Rev. 10/93) Summons in a Civil Action — SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

CASE NUMBER:

**07 CV 3647**

JUDGE KOELTL

TO: (Name and address of defendant)

SILVER STATE FINANCIAL SERVICES, INC.
c/o R. Glen Woods
1340 Galleria Dr., #200
Henderson, Nevada 89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      MAY 0 8 2007

CLERK   /s/ Marcos _____                             DATE

(BY) DEPUTY CLERK