UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| TERWIN ADVISORS LLC, and TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES LVIII,<br><br>               Plaintiffs,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES, INC., MICHAEL STODDART, and LYNN WOODRUM,<br><br>               Defendants. | : No. 1:07-cv-3647-JGK<br>:<br>: **DECLARATION OF SERVICE**<br>: **OF SUMMONS AND COMPLAINT**<br>: **UPON DEFENDANTS**<br>: **MICHAEL STODDART**<br>: **AND LYNN WOODRUM**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and Terwin Warehouse Management LLC in the above-captioned matter. I caused to be served upon defendants Michael Stoddart and Lynn Woodrum the Summons and Complaint in this matter as follows:

1. This action was commenced on May 8, 2007 with the filing of a Summons and Complaint against defendants Silver State Financial Services, Inc. ("Silver State"), Michael Stoddart and Lynn Woodrum.

2. Defendant Silver State was served on May 16, 2007. A Certificate of Service of Summons and Complaint on defendant Silver State was filed electronically on June 26, 2007 and in hard copy on June 27, 2007.

3. On May 30, 2007, Irma L. Gloria, Esq. of Woods Erickson Whitaker & Maurice LLP contacted me by telephone. Ms. Gloria told me she represented Silver State and requested a two-week extension of Silver State's time to answer or otherwise plead from June 5, 2007 to

June 19, 2007. I agreed to such an extension.

4. On that May 30, 2007 telephone call, I asked Ms. Gloria whether she also represented defendants Michael Stoddart and Lynn Woodrum. She stated that she did represent defendants Michael Stoddart and Lynn Woodrum. I aksed Ms. Gloria whether she was authorized and would agree to accept service of the Summons and Complaint in this matter on behalf of defendants Michael Stoddart and Lynn Woodrum. Ms. Gloria said that she was authorized and would accept service of the Summons and Complaint in this matter on behalf of defendants Michael Stoddart and Lynn Woodrum.

5. On June 4, 2007, Ms. Gloria sent me a letter confirming our telephone call and my agreement to a two-week extension for Silver State to answer or otherwise plead. A copy of Ms. Gloria's June 4, 2007 letter to me is attached hereto as Exhibit 1.

6. On June 7, 2007, I wrote to Ms. Gloria confirming the fact that she agreed to accept service of process upon her clients Michael Stoddart and Lynn Woodrum. In my June 7, 2007 letter to Ms. Gloria, I enclosed the Summons upon Mr. Stoddart, the Summons upon Mr. Woodrum and two copies of the Complaint. I sent the letter by federal express overnight delivery. A copy of my June 7, 2007 letter to Ms. Gloria, the Summons upon Michael Stoddart and the Summons upon Lynn Woodrum are attached hereto as Exhibit 2. A copy of the Federal Express airbill is attached hereto as Exhibit 3.

7. On June 8, 2007 at 10:50 a.m., Ms. Gloria received my letter, the Summons upon Mr. Stoddart, the Summons upon Mr. Woodrum and the two copies of the Complaint. A copy of the Federal Express package tracking detail is attached hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

PHIL1 740372-1

Dated: June 27, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*[signature]*

Matthew J. Borger (MB 7898)
260 South Broad Street, 4th Floor
Philadelphia, PA 19102
Tel.: 215-568-6060
Fax: 215-568-6603

3

EXHIBIT 1





| | | |
|---|---|---|
| R. Glen Woods*‡<br>John R. Erickson*<br>Brian C. Whitaker†<br>Aaron R. Maurice<br>Jason M. Wiley††<br>Irma L. Gloria<br>Travis J. Wright**<br>Bryan D. Dixon<br>Scott R. Taylor<br>Ammon E. Chase<br><br>*Also Admitted in Utah<br>†Also Admitted in California<br>‡Also Admitted in Arizona<br>††Also Admitted in Iowa<br>**Also Admitted in Nebraska | **WOODS ERICKSON<br>WHITAKER & MAURICE LLP**<br><br>ATTORNEYS AT LAW | 1349 West Galleria Drive<br>Suite 200<br>Henderson, NV 89014<br>Telephone:<br>702.433.9696<br>Telefax:<br>702.434.0615<br>Website:<br>www.woodserickson.com |

June 4, 2007

<u>**VIA FACSIMILE (215-568-6603)**</u>
Matthew J. Borger, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS LLP
260 South Broad Street
Philadelphia, PA 19102-5003

  Re: <u>*Silver State Financial Services Inc., d/b/a Silver State Mortgage, et. al*</u>
     <u>*adv. Terwin Advisors LLC and Terwin Warehouse Management LLC*</u>
     <u>Case No: 07 CV 3647-U.D. District Court</u>

Dear Mr. Borger:

  Thank you for your telephone conversation with my paralegal, Kristy Garcia, on June 1, 2007. As stated in my call to your office, we are legal counsel to Silver State Financial Services, Inc., dba Silver State Mortgage "Silver State" herein.

  This is to confirm the extension granted by you for Silver State to answer or otherwise respond to the Complaint on file herein. It is our understanding that we have a two (2) week extension through Tuesday, June 19, 2007.

  Thank you for your professional courtesy in this regard.

             Very truly yours,

             *Irma L. Gloria*
             Irma L. Gloria

ILG/kg

EXHIBIT 2

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

ATTORNEYS AT LAW
260 S. BROAD STREET
PHILADELPHIA, PA 19102-5003

(215) 568-6060
FAX: (215) 568-6603
www.klehr.com

NEW JERSEY OFFICE
457 HADDONFIELD ROAD
SUITE 510
CHERRY HILL, NEW JERSEY 08002-2220
(856) 486-7900

DELAWARE OFFICE
919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062
(302) 426-1189

MORTON R. BRANZBURG
LAWRENCE J. AREM
RICHARD S. ROISMAN
JEFFREY KURTZMAN
FRANCIS M. CORRELL, JR.
CARL S. PRIMAVERA
PAUL G. NOFER
BARRY J. SIEGEL
STEPHAN L. CUTLER
DAVID S. EAGLE*
CHARLES A. ERCOLE
WILLIAM W. MATTHEWS III
LAWRENCE D. ROVIN
SHAHAN G. TEBERIAN
DANIEL P. O'BRIEN
DON P. FOSTER
HEATHER I. LEVINE
MARC H. STOFMAN
MATTHEW J. BORGER
JON M. KATONA
LEE R. SUSSMAN
WILLIAM R. HINCHMAN
JOSHUA S. WANDERER†††
ROBERT A. MCKINLEY

WILLIAM A. HARVEY
RONA J. ROSEN
CAROL ANN SLOCUM
MICHAEL K. CORAN
JOANNE B. WILLS
KEITH W. KAPLAN
DOUGLAS F. SCHLEICHER
RICHARD M. BECK
DENISE M. DAY
BRADLEY A. KROUSE
STEVEN A. KAYE
GREGORY G. GOSFIELD
RONALD J. PATTERSON
GLENN A. WEINER
IRA A. ROSENAU
MICHAEL A. IACONELLI
A. GRANT PHELAN
JON S. ROBINS
IRA C. GUBERNICK
MICHAEL P. RITTINGER
MARCY N. HART
MELISSA MACLEOD
DOMENIC E. PACITTI

DAVID J. SANDER
JULIE HOLLAND KINKOPF
BRETT D. FELDMAN
MICHAEL W. YURKEWICZ†
CHRISTOPHER A. WARD**
JULIE BEDDINGFIELD✧
MARK S. O'BRIEN***
WILLIAM T. HILL
DARWIN R. BEAUVAIS
JOSEPH P. BRADICA
TRACY L. HASLETT
JENNIFER L. SCHERER
DAWN N. ZUBRICK
S. JUSTIN DAVIS
NICOLE R. FAUX
JEFFREY D. SPANN
DANIEL R. COOPER
RANDOLPH C. RELIFORD
KIMBERLY KUPKA

RICHARD C. DeMARCO
ANTHONY P. TABASSO
RANDI L. RUBIN
LISA A. LORI
MATTHEW H. WERTHMAN
WILLIAM J. CLEMENTS
KELLY A. GREEN**
JAWAD H. SALAH†††
MARK A. BEAVER
JANAKI R. CATANZARITE
KEITH LORENZE⚹
RYAN A. SILVERMAN
ASIM A. ALAM✧✧
JOHN C. CASCARANO††
ZAL A. KUMAR †††
MATTHEW H. CARLSON
MATTHEW P. ROSENBERG
G. MATTHEW BARNARD

OF COUNSEL
LEONARD M. KLEHR
DONALD M. HARRISON
PETER J. NORMAN
MARY ELLEN O'LAUGHLIN
STEPHEN C. SUSSMAN
LYNN A. COLLINS
ALBERT T. KEYACK
MICHAEL C. FORMAN****
MARY B. HALFPENNY
KATHLEEN E. TORBIT
SHERRY OLIN LEMONICK

* MEMBER OF NEW YORK & DELAWARE BAR ONLY
** MEMBER OF DELAWARE BAR ONLY
*** MEMBER OF OHIO BAR ONLY
**** MEMBER OF NEW JERSEY BAR ONLY
† MEMBER OF DELAWARE & MASSACHUSETTS BAR ONLY
†† MEMBER OF GEORGIA & PENNSYLVANIA BAR ONLY
††† MEMBER OF NEW YORK BAR ONLY
✧ MEMBER OF NORTH CAROLINA & PENNSYLVANIA BAR ONLY
✧✧ MEMBER OF CALIFORNIA & NEW JERSEY BAR ONLY
⚹ MEMBER OF TEXAS BAR ONLY

Direct Dial: (215) 569-4159
E-Mail: mborger@klehr.com

June 7, 2007

**VIA FEDERAL EXPRESS**

Irma L. Gloria, Esquire
WOODS ERICKSON WHITAKER & MAURICE LLP
1349 West Galleria Drive, Suite 200
Henderson, NV 89014

Re: <u>Terwin Advisors LLC, et al. v. Silver State Financial Services, Inc., et al.,
U.S. District Court, S.D.N.Y., Case No. 07 CV 3647</u>

Dear Ms. Gloria:

I write to confirm our telephone conversation in which you agreed to accept service of process upon your clients Michael Stoddard and Lynn Woodrum.

Enclosed please find the Summons upon Mr. Stoddard, the Summons upon Mr. Woodrum and two copies of the Complaint.

PHIL1 736814-1

Irma L. Gloria, Esquire
June 7, 2007
Page 2

    Thank you for your professional courtesy in this matter. Please call me if you have any questions.

Very truly yours,

Matthew J. Borger

MJB/sls
Enclosures

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

CASE NUMBER:

07 CV 3647

JUDGE KOELTL

TO: (Name and address of defendant)

MICHAEL STODDART
211 Wanda Road
Henderson, Nevada  89002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

MAY 0 8 2007
DATE

_Marcos Quintero_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                   Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

**07 CV 3647**

**JUDGE KOELTL**

TO: (Name and address of defendant)

LYNN WOODRUM
7 Larkside Court
Henderson, Nevada 89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 0 8 2007

CLERK                                                 DATE

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                                  Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT 3

**FedEx Express** US Airbill

FedEx Tracking Number: 8619 2974 9707

**1 From**
Date: 6-7-07
Sender's FedEx Account Number: 0191-2901-2
Sender's Name: Matt Borger
Company: KLEHR HARRISON HARVEY ET AL
Phone: (215) 568-6060
Address: 260 S BROAD ST
City: PHILADELPHIA   State: PA   ZIP: 19102-5003

**2 Your Internal Billing Reference:** 13942-0005

**3 To**
Recipient's Name: Irma L. Gloria, Esquire
Company: Woods, Erickson, Whitaker + Maurice
Address: 1349 West Galleria Dr., Suite 200
City: Henderson   State: NV   ZIP: 89014

0361965695

**4a Express Package Service**
☑ FedEx Standard Overnight

**5 Packaging**
☑ FedEx Envelope

**7 Payment**
☑ Sender

Form ID: 0215   SPH42   519

EXHIBIT 4

YAHOO! SMALL BUSINESS   Welcome, **sscheidly** [sign out, account info]   Small Business Home - Help



Let FREEdom Ring!

Home   Products   News & Resources

Getting Started | Sales & Marketing | Online Business | Management & HR | Legal | Finance | Office & Tech | **Tools**

Search: [ ]   Entire Site   [ Search ]

# FedEx Package Tracking Details



### Tracking Detail for 861929749707   Help

| | |
|---|---|
| Status | Delivered |
| Signed for by | C.COLLINS |
| Ship Date | 2007-06-07 |
| Delivery Date | 2007-06-08 |
| Destination | HENDERSON, NV |
| Delivered to | Shipping/Receiving |
| Service type | Standard Envelope |
| Weight | |

### History

| Date/Time | Status | Location |
|---|---|---|
| 2007-06-08 10:50:00 | Delivered | HENDERSON, NV |
| 2007-06-08 08:13:00 | On FedEx vehicle for delivery | LAS VEGAS, NV |
| 2007-06-08 07:36:00 | Arrived at FedEx Destination Location | LAS VEGAS, NV |
| 2007-06-08 06:23:00 | Left FedEx Ramp | LAS VEGAS, NV |

ADVERTISEMENT

Learn more about our Small Business Solutions.

Business Loans
Lines of Credit
Credit Cards




ADVERTISEMENT

Small Business Solutions
Business Loans
Lines of Credit
Credit Cards





| | | |
|---|---|---|
| 2007-06-08 05:41:00 | Arrived at FedEx Ramp | LAS VEGAS, NV |
| 2007-06-08 04:50:00 | Left FedEx Sort Facility | MEMPHIS, TN |
| 2007-06-08 04:50:00 | Left FedEx Sort Facility | MEMPHIS, TN |
| 2007-06-07 23:23:00 | Arrived at Sort Facility | MEMPHIS, TN |
| 2007-06-07 21:59:00 | Left FedEx Ramp | PHILADELPHIA, PA |
| 2007-06-07 21:57:00 | Package status | PHILADELPHIA, PA |
| 2007-06-07 21:14:00 | Arrived at FedEx Ramp | PHILADELPHIA, PA |
| 2007-06-07 21:09:00 | Left FedEx Origin Location | PHILADELPHIA, PA |
| 2007-06-07 17:28:00 | Picked up by FedEx | PHILADELPHIA, PA |

Track More Packages  |  Visit FedEx.com

## Most Popular Small Business Articles

- 5 Search Engine Mistakes Not to Make
  Entrepreneur.com - People searching for your products or services on the Internet can be an important source of new customers for you. Because someone searching for what you sell is already ...

- Pick a Winning Name for Your Business
  NOLO.COM - Choose a business name that will identify your company's products and services.

- Business Plan Essentials
  Entrepreneur.com - When you're about to embark on developing a business plan, remember this: Form follows function, so you want a plan that fits your exact business needs. The emphasis should ...

- Crafting a Simple Business Plan
  Entrepreneur.com - When I first started working with business plans back in the late 1970s, the average plan was much longer and more complex than what I see today. That might be because business ...

- Independent Contractor Agreements
  AllBusiness.com - Your business must have a good form of agreement when hiring independent contractors. A thorough agreement should cover these items.

Copyright ©2007 Yahoo! Inc. All rights reserved
Privacy Policy - Copyright Policy - Terms of Service - Help - Contact Us - Affiliate Program - Partners
Domain Name Search - Website Templates - Web Site Hosting - Site Map