UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERWIN ADVISORS LLC, and TERWIN         :   No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program    :
Administrator for and Assignee of TERWIN :   **ORDER TO SHOW CAUSE FOR**
MORTGAGE WAREHOUSE TRUST II, SERIES     :   **DEFAULT JUDGMENT AGAINST**
LVIII,                                   :   **DEFENDANTS SILVER STATE**
                                         :   **FINANCIAL SERVICES, INC.,**
                Plaintiffs,              :   **MICHAEL STODDART**
                                         :   **AND LYNN WOODRUM**
        vs.                              :
                                         :
                                         :
SILVER STATE FINANCIAL SERVICES, INC.,   :
MICHAEL STODDART, and LYNN WOODRUM,      :
                                         :
                Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the Application of plaintiffs Terwin Advisors LLC and Terwin Warehouse

Management LLC for default judgment against defendants Silver State Financial Services, Inc.,

Michael Stoddart and Lynn Woodrum, the Declaration of Matthew J. Borger in support thereof

(attached hereto as Exhibit A), the Clerk's Certificate of Default by Defendant Silver State

Financial Services, Inc. (attached hereto as Exhibit B), the Clerk's Certificate of Default by

Defendant Michael Stoddart (attached hereto as Exhibit C), the Clerk's Certificate of Default by

Defendant Lynn Woodrum (attached hereto as Exhibit D), the proposed Default Judgment

(attached hereto as Exhibit E ), and the Statement of Damages (attached hereto as Exhibit F):

Defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum

are directed to show cause before this Court on the 30 day of July, 2007 at

2 30 P.M. or as soon thereafter as counsel can be heard, in Courtroom 12B at the United

States District Court for the Southern District of New York, Daniel Patrick Moynihan United

States Courthouse. 500 Pearl Street, New York, NY 10007-1312, why default judgment should

not be entered pursuant to Fed. R. Civ. P. 55.

NOW, upon consideration of the Application for Default Judgment, it is ORDERED that a copy of this Order to Show Cause, together with the attachments thereto shall be served upon defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum by serving a copy of these papers by federal express overnight delivery upon Irma L. Gloria, Esquire of Woods Erickson Whitaker & Maurice LLP, 1349 West Galleria Drive, Suite 200, Henderson, NV 89014, counsel to defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum; and it is further

ORDERED that defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum are advised that failure to respond to this Order to Show Cause may be grounds for entry of default judgment in which event defendants shall have waived their right to trial in this matter; and it is further

ORDERED that plaintiffs' counsel Matthew J. Borger, Esquire shall file a proof of service of this Order to Show Cause on or before ____7/27/07____; and it is further

ORDERED that any answering papers shall be filed and served so as to be received by Matthew J. Borger, Esquire of Klehr, Harrison Harvey, Branzburg & Ellers LLP, counsel for the plaintiffs, no later than ____7/26/07____, 2007 at 5:00 p.m.; and it is further

ORDERED that any reply papers shall be served on defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum no later than ____7/27/____, 2007 at 5:00 p.m.

Dated: July 18, 2007
New York, New York

_____
Hon. John G. Koeltl
United States District Judge