UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| TERWIN ADVISORS LLC, and TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES LVIII, <br><br>     Plaintiffs, <br><br>vs. <br><br>SILVER STATE FINANCIAL SERVICES, INC., MICHAEL STODDART, and LYNN WOODRUM, <br><br>     Defendants. | No. 1:07-cv-3647-JGK <br><br>**CERTIFICATE OF SERVICE OF ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SILVER STATE FINANCIAL SERVICES, INC., MICHAEL STODDART, AND LYNN WOODRUM** |

------------------------------------- x

I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and Terwin Warehouse Management LLC in the above-captioned matter. I hereby certify that on July 24, 2007, I served a true and correct copy of the Order to Show Cause for Default Judgment Against Defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum and exhibits attached hereto upon the following counsel by facsimile and federal express overnight delivery:

     Irma L. Gloria, Esquire
     Woods Erickson Whitaker & Maurice LLP
     1349 West Galleria Drive, Suite 200
     Henderson, NV  89014
     Facsimile:  702-434-0615
     Counsel to Defendants Silver State Financial Services, Inc.,
     Michael Stoddart and Lynn Woodrum

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

PHIL1 744344-1

Dated: Philadelphia, Pennsylvania
      July 24, 2007

                    KLEHR, HARRISON, HARVEY,
                    BRANZBURG & ELLERS LLP

                    _____
                    Matthew J. Berger (MB 7898)
                    260 South Broad Street, 4th Floor
                    Philadelphia, PA  19102
                    Tel.:  215-568-6060
                    Fax:  215-568-6603
                    Attorneys for Plaintiffs

PHIL1 744344-1