# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERWIN ADVISORS LLC, and TERWIN : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **CLERK'S CERTIFICATE OF**
MORTGAGE WAREHOUSE TRUST II, SERIES : **DEFAULT BY DEFENDANT SILVER**
LVIII, : **STATE FINANCIAL SERVICES, INC.**
  :
  Plaintiffs, :
  :
vs. :
  :
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
  :
  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 8, 2007 with the filing of a Summons and Complaint, a copy of the Summons and Complaint was served on defendant Silver State Financial Services, Inc. ("Silver State") by personally serving Carol the Silver State Receptionist by hand on May 16, 2007, the certificate and affidavit of such service thereof was filed electronically on June 26, 2007, and the original certificate and affidavit of such service thereof was filed in paper form on June 27, 2007.

I further certify that the docket entries indicate that defendant Silver State Financial Services, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Silver State Financial Services, Inc. is hereby noted.

Dated: July 6, 2007

J. MICHAEL MCMAHON
CLERK OF COURT

By: _____
Deputy Clerk

PHIL1 740279-1