# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
TERWIN ADVISORS LLC, and TERWIN           : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program      :
Administrator for and Assignee of TERWIN  : CLERK'S CERTIFICATE OF
MORTGAGE WAREHOUSE TRUST II, SERIES       : DEFAULT BY DEFENDANT
LVIII,                                    : ~~LYNN WOODRUM~~ Michael Stoddart
                                          :
            Plaintiffs,                   :
                                          :
    vs.                                   :
                                          :
SILVER STATE FINANCIAL SERVICES, INC.,    :
MICHAEL STODDART, and LYNN WOODRUM,       :
                                          :
            Defendants.                   :
-------------------------------- x

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 8, 2007 with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on defendant ~~Lynn Woodrum~~ Michael Stoddart on June 8, 2007 by serving Irma L. Gloria, Esquire, counsel to Mr. ~~Woodrum~~ Stoddart, who was authorized to accept service of process and who did accept service of process on behalf of Mr. ~~Woodrum~~ Stoddart and proof of such service thereof was filed on June 27, 2007.

I further certify that the docket entries indicate that defendant ~~Lynn Woodrum~~ Michael Stoddart has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant ~~Lynn Woodrum~~ Michael Stoddart is hereby noted.

Dated: July 6, 2007

                                    J. MICHAEL MCMAHON
                                    CLERK OF COURT


                            By: _____
                                    Deputy Clerk

PHIL1 740364-1