# EXHIBIT D

Case 1:07-cv-03647-JGK   Document 6-6   Filed 07/24/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERWIN ADVISORS LLC, and TERWIN : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **CLERK'S CERTIFICATE OF**
MORTGAGE WAREHOUSE TRUST II, SERIES : **DEFAULT BY DEFENDANT**
LVIII, : **LYNN WOODRUM**

                Plaintiffs, :

vs. :

SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :

                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 8, 2007 with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on defendant Lynn Woodrum on June 8, 2007 by serving Irma L. Gloria, Esquire, counsel to Mr. Woodrum, who was authorized to accept service of process and who did accept service of process on behalf of Mr. Woodrum and proof of such service thereof was filed on June 27, 2007.

I further certify that the docket entries indicate that defendant Lynn Woodrum has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Lynn Woodrum is hereby noted.

Dated: July 6, 2007

                                            J. MICHAEL MCMAHON
                                            CLERK OF COURT

                                            By: _____
                                                  Deputy Clerk