# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TERWIN ADVISORS LLC, and TERWIN : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **DEFAULT JUDGMENT**
MORTGAGE WAREHOUSE TRUST II, SERIES : **AGAINST DEFENDANTS SILVER**
LVIII, : **STATE FINANCIAL SERVICES,**
: **INC., MICHAEL STODDART**
        Plaintiffs, : <u>**AND LYNN WOODRUM**</u>
:
   vs. :
:
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
:
        Defendants. :
------------------------------------x

    This action having been commenced on May 8, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant Silver State Financial Services, Inc. ("Silver State") on May 16, 2007 by personally serving Carol the Silver State receptionist by hand, and a proof of service having been filed on June 26, 2007, and the defendant Silver State having failed to answer the Complaint, and the time for answering the Complaint having expired, and J. Michael McMahon, Clerk of the Court, having issued a certificate of default on July 6, 2007; and

    A copy of the Summons and Complaint having been served on defendant Michael Stoddart on June 8, 2007 by serving Irma L. Gloria, Esquire, counsel to Mr. Stoddart, who was authorized to accept service of process and who did accept service of process on behalf of Mr. Stoddart, and a proof of service having been filed on June 27, 2007, and the defendant Michael Stoddart having failed to answer the Complaint, and the time for answering the Complaint having expired, and J. Michael McMahon, Clerk of the Court, having issued a certificate of default on July 6, 2007; and

PHIL1 740284-1

A copy of the Summons and Complaint having been served on defendant Lynn Woodrum on June 8, 2007 by serving Irma L. Gloria, Esquire, counsel to Mr. Woodrum, who was authorized to accept service of process and who did accept service of process on behalf of Mr. Woodrum, and a proof of service having been filed on June 27, 2007, and the defendant Lynn Woodrum having failed to answer the Complaint, and the time for answering the Complaint having expired, and J. Michael McMahon, Clerk of the Court, having issued a certificate of default on July 6, 2007; it is

ORDERED, ADJUDGED AND DECREED: That plaintiff Terwin Warehouse Management LLC have judgment against defendant Silver State Financial Services, Inc. in the liquidated amount of $956,034.63 with interest at 9% from February 15, 2007 amounting to $34,180.85 plus attorneys' fees, costs and disbursements of this action in the amount of $15,107.69 amounting in all to $1,005,323.17; and it is further

ORDERED, ADJUDGED AND DECREED: That plaintiff Terwin Warehouse Management, LLC have judgment against defendant Michael Stoddart in the liquidated amount of $956,034.63 with interest at 9% from February 15, 2007 amounting to $34,180.85 plus attorneys' fees, costs and disbursements of this to $15,107.69 amounting in all to $1,005,323.17; and it is further

ORDERED ADJUDGED AND DECREED: That plaintiff Terwin Warehouse Management, LLC have judgment against defendant Lynn Woodrum in the liquidated amount of $956,034.63 with interest at 9% from February 15, 2007 amounting to $34,180.85 plus attorneys' fees, costs and disbursements of this to $15,107.69 amounting in all to $1,005,323.17; and it is further

ORDERED, ADJUDGED AND DECREED: That plaintiff Terwin Advisors LLC have judgment against defendant Silver State Financial Services, Inc. in the liquidated amount of

2

$5,359,272.96 with interest at 9% from September 21, 2006 amounting to $371,330.26 plus attorneys' fees, costs and disbursements of this action in the amount of $15,107.69 amounting in all to $5,745,710.91; and it is further

ORDERED, ADJUDGED AND DECREED: That post-judgment interest shall accrue at \_\_\_\_% per annum.


Dated: July \_\_\_, 2007
       New York, New York

 

_____
Hon. John G. Koeltl
United States District Judge


This Document was entered on the
docket on _____.

3