EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERWIN ADVISORS LLC, and TERWIN : **No. 1:07-cv-3647-JGK**
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **STATEMENT OF DAMAGES**
MORTGAGE WAREHOUSE TRUST II, SERIES : **AGAINST DEFENDANTS SILVER**
LVIII, : **STATE FINANCIAL SERVICES,**
: **INC., MICHAEL STODDART**
                  Plaintiffs, : <u>**AND LYNN WOODRUM**</u>
:
   vs. :
:
:
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
:
                 Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr,

Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and

Terwin Warehouse Management LLC in the above-captioned matter.  I submit the following

Statement of Damages against defendants Silver State Financial Services, Inc. ("Silver State"),

Michael Stoddart and Lynn Woodrum in connection with plaintiffs' application for entry of

default judgment against defendants Silver State, Michael Stoddart and Lynn Woodrum.

Attached hereto as Exhibit 1 is a copy of the Complaint in this matter.  Attached hereto as

Exhibit 2 is a copy of Summons upon Silver State.  Attached hereto as Exhibit 3 is a copy of the

Certificate Of Service Of Summons And Complaint Upon Defendant Silver State.  Attached

hereto as Exhibit 4 is a copy of the Summons upon defendant Michael Stoddart.  Attached hereto

as Exhibit 5 is a copy of the Summons upon defendant Lynn Woodrum.  Attached hereto as

Exhibit 6 is a copy of the Declaration of Service of Summons and Complaint upon Defendants

Michael Stoddart and Lynn Woodrum.

Plaintiffs Terwin Advisors LLC and Terwin Warehouse Management LLC are entitled to damages against defendants Silver State Financial Services, Inc., Michael Stoddart and Lynn Woodrum as follows:

## COUNT I
### Terwin Warehouse Management LLC v. Silver State Financial Services, Inc.

| | |
|---|---|
| Principal amount sued for | $956,034.63 |
| Interest at 9% pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 from 2/15/07 through 7/10/07 | $34,180.85 |
| Attorneys' fees | $14,241.50 |
| Costs and disbursements | $866.19 |
| Total (as of July 10, 2007) | **$1,005,323.17** |

## COUNT II
### Terwin Warehouse Management LLC v. Lynn Woodrum

| | |
|---|---|
| Principal amount sued for | $956,034.63 |
| Interest at 9% pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 from 2/15/07 through 7/10/07 | $34,180.85 |
| Attorneys' fees | $14,241.50 |
| Costs and disbursements | $866.19 |
| Total (as of July 10, 2007) | **$1,005,323.17** |

## COUNT III
### Terwin Warehouse Management LLC v. Michael Stoddart

| | |
|---|---|
| Principal amount sued for | $956,034.63 |
| Interest at 9% pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 from 2/15/07 through 7/10/07 | $34,180.85 |
| Attorneys' fees | $14,241.50 |
| Costs and disbursements | $866.19 |
| Total (as of July 10, 2007) | **$1,005,323.17** |

## COUNT IV
### Terwin Advisors LLC v. Silver State Financial Services, Inc.

| | |
|---|---|
| Principal amount sued for | $5,359,272.96 |
| Interest at 9% pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 from 2/15/07 through 7/10/07 | $371,330.26 |
| Attorneys' fees | $14,241.50 |
| Costs and Disbursements | $866.19 |
| Total (as of July 10, 2007) | **$5,745,710.91** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, Pennsylvania
       July 10, 2007

                                    KLEHR, HARRISON, HARVEY,
                                    BRANZBURG & ELLERS LLP


                                    Matthew J. Borger (MB 7898)
                                    260 South Broad Street, 4th Floor
                                    Philadelphia, PA  19102
                                    Tel.: 215-568-6060
                                    Fax: 215-568-6603
                                    Attorneys for Plaintiffs

3

EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -



TERWIN ADVISORS LLC, and TERWIN
WAREHOUSE MANAGEMENT LLC, as Program
Administrator for and Assignee of TERWIN
MORTGAGE WAREHOUSE TRUST II, SERIES
LVIII,

                 Plaintiffs,

    vs.

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, and LYNN WOODRUM,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

No._____

**COMPLAINT**

Plaintiffs, Terwin Advisors LLC ("Terwin Advisors") and Terwin Warehouse Management LLC ("Terwin Warehouse") as Program Administrator for and Assignee of Terwin Mortgage Warehouse Trust II, Series LVIII, a series of Terwin Mortgage Warehouse Trust II (the "Trust"), by their attorneys, for their complaint, aver as follows:

### THE PARTIES

1.    Plaintiff, Terwin Advisors is a Delaware limited liability company with its principal place of business at 45 Rockefeller Plaza, Suite 420, New York, New York. Terwin Advisors is in the business of, inter alia, purchasing, selling and securitizing mortgage loans.

2.    Plaintiff, Terwin Warehouse is a Delaware limited liability company with its principal place of business at 45 Rockefeller Plaza, Suite 420, New York, New York. Terwin Warehouse is in the business of, inter alia, purchasing, selling and lending with respect to mortgage loans.

3.    Terwin Advisors and Terwin Warehouse are each a citizen of New York, New Jersey, California and Delaware for purposes of 28 U.S.C. § 1332.

4.    Terwin Warehouse's sole member is Terwin Asset Management LLC ("TAM"), a limited liability company. The members of TAM are Terwin Employees LLC ("Employees") and Terwin Holdings LLC ("Holdings"), which are also limited liability companies. The members of Employees are 13 natural persons, seven of whom are citizens of New York, five of whom are citizens of New Jersey and one of whom is a citizen of California. The members of Holdings are Employees and Shinsei Capital (USA) Limited, a Delaware corporation with its principal place of business in New York.

5.    Terwin Advisors' sole member is Holdings. The members of Holdings are described in the preceding paragraph.

6.    Defendant, Silver State Financial Services, Inc. ("Silver State") is a Nevada corporation with its principal place of business at 2920 N. Green Valley Parkway 424, Henderson, Nevada. Silver State was in the business of, inter alia, originating and selling mortgage loans.

7.    Upon information and belief, Defendant Michael Stoddart is a Nevada resident with an address of 211 Wanda Road, Henderson, Nevada. Mr. Stoddart is President of Silver State.

8.    Upon information and belief, Defendant Lynn Woodrum is a Nevada resident with an address of 7 Larkside Court, Henderson, Nevada. Mr. Woodrum is Secretary and Treasurer of Silver State.

## JURISDICTION AND VENUE

9.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), in that the matter in controversy exceeds the sum of $75,000 exclusive of interests and costs, and is between citizens of different states.

10.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the

defendants agreed to exclusive venue in this Court and, in the alternative, because a substantial part of the events and omissions giving rise to the claims in this action occurred in this District.

11.    Defendants are subject to personal jurisdiction in this District because they consented to exclusive jurisdiction in this District and, in the alternative, because they transacted business in the State of New York and contracted to supply goods or services in the state of New York.

### FACTS COMMON TO ALL CLAIMS

#### The Terwin Advisors Purchase Agreement,
#### The Terwin Warehouse Purchase Agreement And The Guaranties

12.    On or about March 1, 2004, Terwin Advisors as Purchaser and Silver State as Seller and Servicer entered into that certain Seller's Purchase, Warranties and Interim Servicing Agreement (as amended, the "Terwin Advisors Purchase Agreement"). Pursuant to the Terwin Advisors Purchase Agreement, Silver State contracted to sell to Terwin Advisors certain mortgage loans subject to the terms and conditions in the Terwin Advisors Purchase Agreement and to service those mortgage loans.

13.    Pursuant to the Terwin Advisors Purchase Agreement, Terwin Advisors agreed to purchase, and Silver State agreed to sell, certain mortgage loans. In addition, pursuant to the Terwin Advisors Purchase Agreement, Silver State agreed to interim service the mortgage loans Terwin Advisors purchased. On and after March 1, 2004, Terwin Advisors did purchase a substantial number of mortgage loans from Silver State pursuant to the Terwin Advisors Purchase Agreement. Terwin Advisors has fully performed all its obligations under and relating to the Terwin Advisors Purchase Agreement.

14.    On or about October 12, 2006, Terwin Warehouse as Program Administrator, the Trust as Purchaser and Silver State as Seller and Servicer entered into that certain Seller's Purchase, Warranties and Servicing Agreement (the "Terwin Warehouse Purchase Agreement").

15.    The Terwin Warehouse Purchase Agreement provides in Section 1.01, that "[t]he duties, rights and obligations of the Purchaser [the Trust] hereunder shall from time to time be performed or enforced, as applicable, by the Program Administrator [Terwin Warehouse] . . . ." Accordingly, Terwin Warehouse brings its claims in this action as Program Administrator and assignee of the Trust's claims against Silver State to enforce the rights of the Trust against Silver State. Such assignment is expressly permitted by Section 13.12 of the Terwin Warehouse Purchase Agreement.

16.    Pursuant to the Terwin Warehouse Purchase Agreement, the Trust agreed to purchase, and Silver State agreed to sell, certain mortgage loans. In addition, pursuant to the Terwin Warehouse Purchase Agreement, Silver State agreed to interim service the mortgage loans the Trust purchased.

17.    In connection with the Terwin Warehouse Purchase Agreement, Silver State's principals Stoddart and Woodrum personally guaranteed Silver State's obligations under the contract.

18.    Specifically, on or about October 12, 2006, Defendant Stoddart and the Trust entered into that certain guaranty (the "Stoddart Guaranty").

19.    Pursuant to the Stoddart Guaranty, Stoddart promised to unconditionally and irrevocably guarantee to the Trust in an unlimited amount the due and punctual payment and/or performance of all of Silver States' obligations under the Terwin Warehouse Purchase Agreement.

20.    Further, on or about October 12, 2006, Defendant Woodrum and the Trust entered into that certain guaranty (the "Woodrum Guaranty").

21.    Pursuant to Section 1.1 of the Woodrum Guaranty, Defendant Woodrum promised to unconditionally and irrevocably guarantee to the Trust in an unlimited amount the

due and punctual payment and/or performance of all of Silver State's obligations under the Terwin Warehouse Purchase Agreement.

22.    On and after October 12, 2006, the Trust did purchase a substantial number of mortgage loans from Silver State pursuant to the Terwin Warehouse Purchase Agreement.  The Trust and Terwin Warehouse have fully performed all their obligations under and relating to the Terwin Warehouse Purchase Agreement.

### Silver State Goes Out Of Business
### And The Defendants Breach Their Contracts With Terwin

23.    In February 2007, Silver State informed Terwin Warehouse that it was having financial problems, was unable to pay its debts as they became due and that it intended to shut its doors and go out of business.

24.    Silver State did, in fact, go out of business on or about February 14, 2007.

25.    Pursuant to Section 7.02(xii) of the Terwin Warehouse Purchase Agreement, an Event of Default shall have occurred if any Material Adverse Effect occurs.  Pursuant to the terms of the Terwin Warehouse Purchase Agreement, a Material Adverse Effect is deemed to have occurred when any other event occurs which could have a material adverse effect upon the validity, performance or enforceability of the Terwin Warehouse Purchase Agreement, or upon the properties, business or condition, financial or otherwise of Silver State.

26.    Silver States' financial collapse constitutes an Event of Default under the Terwin Warehouse Purchase Agreement.

27.    By letter dated February 15, 2007, Terwin Warehouse provided Silver State with Notice of its Default of the Terwin Warehouse Purchase Agreement.

28.    Silver State has breached the Terwin Advisors Purchase Agreement as well.

29.    Pursuant to Section 3.05 of the Terwin Advisors Purchase Agreement, Silver State contracted to repurchase any mortgage loan (the "Repurchase Obligation") if (a) a

mortgagor was thirty (30) days or more delinquent with respect to any of the first three (3) monthly payments due on the related mortgage loan immediately following the date Terwin Advisors purchased the mortgage loan or (b) a mortgage loan was in bankruptcy or litigation within the first three (3) months immediately following the date Terwin Advisors purchased the mortgage loan (collectively an "Early Payment Default").

30.    In fact, a number of mortgage loans Terwin Advisors purchased from Silver State were subject to Early Payment Default pursuant to Section 3.05 of the Terwin Advisors Purchase Agreement.

31.    Terwin Advisors provided written notice to Silver State of the Early Payment Defaults and demanded that Silver State satisfy its Repurchase Obligation pursuant to Section 3.05 of the Terwin Advisors Purchase Agreement.

32.    Despite such written demand, Silver State has not repurchased the Early Payment Default mortgage loans. Silver State's failure to repurchase the Early Payment Default mortgage loans constitutes a breach of the Terwin Advisors Purchase Agreement.

33.    Silver State has also breached the Terwin Advisors Purchase Agreement by failing to compensate Terwin Advisors for mortgage loans that were fully paid off early.

34.    More specifically, pursuant to Section 3.06 of the Terwin Advisors Purchase Agreement, Silver State contracted to provide certain purchase price protection (the "Purchase Price Protection") to Terwin Advisors in the event any first lien mortgage loan prepaid in full at any time prior to the fourth payment due date immediately following the date Terwin Advisors purchased such mortgage loan and/or with respect to any second lien mortgage loan in the event such mortgage loan prepaid in full during the twelve (12) month period from and after the date Terwin Advisors purchased such mortgage loan (collectively, "Early Payment In Full").

35.    Pursuant to Section 3.06 of the Terwin Advisors Purchase Agreement, in the

event of an Early Prepayment In Full, Silver State contracted to reimburse Terwin Advisors the Purchase Price Protection pursuant to a formula set forth in Section 3.06 of the Terwin Advisors Purchase Agreement.

36.    In fact, a number of mortgage loans Terwin Advisors purchased from Silver State were subject to Early Payment In Full.

37.    Silver State has not reimbursed Terwin Advisors the Purchase Price Protection for the Early Payment In Full mortgage loans as required by the Terwin Advisors Purchase Agreement. Silver State's failure to reimburse Terwin Advisors the Purchase Price Protection for the Early Payment In Full mortgage loans constitutes a breach of the Terwin Advisors Purchase Agreement.

## COUNT I – BREACH OF CONTRACT
## TERWIN WAREHOUSE AGAINST SILVER STATE

38.    Plaintiffs incorporate herein by reference the foregoing paragraphs of this Complaint as if fully set forth at length herein.

39.    Silver State has materially breached the Terwin Warehouse Purchase Agreement.

40.    As a result, Terwin Warehouse has suffered damages in an amount in excess of $956,034.63.

41.    In addition, Silver State is contractually obligated to pay Terwin Warehouse its reasonable attorneys' fees and costs associated with prosecuting this action.

42.    All conditions precedent to Terwin Warehouse's right to recover from Silver State the amounts due and owing have been performed or have occurred.

WHEREFORE, Terwin Warehouse respectfully demands judgment in its favor and against Silver State in an amount in excess of $956,034.63 plus attorneys' fees, costs, interest and such other and further relief as the Court deems just and proper.

## COUNT II – BREACH OF CONTRACT
## TERWIN WAREHOUSE AGAINST STODDART

43.     Plaintiffs incorporate herein by reference the foregoing paragraphs of this Complaint as if fully set forth at length herein.

44.     Stoddart has materially breached the Stoddart Guaranty.

45.     As a result, Terwin Warehouse has suffered damages in an amount in excess of $956,034.63.

46.     In addition, Stoddart is contractually obligated to pay Terwin Warehouse its reasonable attorneys' fees and costs associated with prosecuting this action.

47.     All conditions precedent to Terwin Warehouse's right to recover from Stoddart the amounts due and owing have been performed or have occurred.

WHEREFORE, Terwin Warehouse respectfully demands judgment in its favor and against Stoddart in an amount in excess of $956,034.63 plus attorneys' fees, costs, interest and such other and further relief as the Court deems just and proper.

## COUNT III – BREACH OF CONTRACT
## TERWIN WAREHOUSE AGAINST WOODRUM

48.     Plaintiffs incorporate herein by reference the foregoing paragraphs of this Complaint as if fully set forth at length herein.

49.     Woodrum has materially breached the Woodrum Guaranty.

50.     As a result, Terwin Warehouse has suffered damages in an amount in excess of $956,034.63.

51.     In addition, Woodrum is contractually obligated to pay Terwin Warehouse its reasonable attorneys' fees and costs associated with prosecuting this action.

52.     All conditions precedent to Terwin Warehouse's right to recover from Woodrum the amounts due and owing have been performed or have occurred.

WHEREFORE, Terwin Warehouse respectfully demands judgment in its favor and against Woodrum in an amount in excess of $956,034.63 plus attorneys' fees, costs, interest and such other and further relief as the Court deems just and proper.

### COUNT IV – BREACH OF CONTRACT
### TERWIN ADVISORS AGAINST SILVER STATE

53.    Plaintiffs incorporate herein by reference the foregoing paragraphs of this Complaint as if fully set forth at length herein.

54.    Silver State has materially breached the Terwin Advisors Purchase Agreement.

55.    As a result, Terwin Advisors has suffered damages in an amount in excess of $5,359,272.96.

56.    In addition, Silver State is contractually obligated to pay Terwin Advisors its reasonable attorneys' fees and costs associated with prosecuting this action.

57.    All conditions precedent to Terwin Advisors' right to recover from Silver State the amounts due and owing have been performed or have occurred.

WHEREFORE, Terwin Advisors respectfully demands judgment in its favor and against Silver State in an amount in excess of $5,359,272.96 plus attorneys' fees, costs, interest and such other and further relief as the Court deems just and proper.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP


Jeffrey D. Kurtzman (JK 7689)
Matthew J. Borger (MB 7898)
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
Tel.: 215-568-6060
Fax: 215-568-6603
Attorneys for Plaintiffs

EXHIBIT 2

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

## 07 CV 3647



JUDGE KOELTL

TO: (Name and address of defendant)

SILVER STATE FINANCIAL SERVICES, INC.
c/o R. Glen Woods
1340 Galleria Dr., #200
Henderson, Nevada 89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

MAY 0 8 2007

CLERK _Marcos Quintero_

DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                 Signature of Server

_____
                                    Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 3

Case 1:07-cv-03647-JGK    Document 3    Filed 06/26/2007    Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERWIN ADVISORS LLC, and TERWIN  :    No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program  :
Administrator for and Assignee of TERWIN  :    CERTIFICATE OF SERVICE OF
MORTGAGE WAREHOUSE TRUST II, SERIES  :    SUMMONS AND COMPLAINT
LVIII,  :    UPON DEFENDANT SILVER STATE
    :    FINANCIAL SERVICES, INC.
            Plaintiffs,  :
    :
    vs.  :
    :
SILVER STATE FINANCIAL SERVICES, INC.,  :
MICHAEL STODDART, and LYNN WOODRUM,  :
    :
            Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr,

Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and

Terwin Warehouse Management LLC in the above-captioned matter.  I caused to be served upon

defendant Silver State Financial Services, Inc. the summons and complaint in this matter as

evidenced by the original Affidavit of Service attached hereto as Exhibit A.

Dated:  June 26, 2007

                      KLEHR, HARRISON, HARVEY,
                      BRANZBURG & ELLERS LLP

                      Matthew J. Borger (MB 7898)
                      260 South Broad Street, 4th Floor
                      Philadelphia, PA  19102
                      Tel.: 215-568-6060
                      Fax: 215-568-6603
                      Attorneys for Plaintiffs

# EXHIBIT A

Case 1:07-cv-03647-JGK    Document 3    Filed 06/26/2007    Page 3 of 4

## AFFIDAVIT OF SERVICE    CASE NO.: 07-CV-3647

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF    STATE OF **NEW YORK**

_Terwin Advisors, LLC, et al_                                      _Plaintiff(s)/Petitioner(s)_

vs

_Silver State Financial Services, Inc., et al_                    _Defendant(s)/Respondent(s)_

County of_____**Clark**_____, State of _____**Nevada**_____ .

_____**Heather Chamberlain**_____, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On _____**May 16, 2007**_____ at ___**9:55 AM**___ at Resident Agent R Glen Woods, 1349 Galleria Dr, Ste. 200, Henderson, affiant served the within:

**Summons & Complaint**

UPON:_____**Silver State Financial Services, Inc.**_____ , **Defendant**
(herein called recipient) therein named.

INDIVIDUAL  by delivering a true copy of each to said recipient personally.
☐

CORPORATION A _____**Nevada**_____ corporation, by delivering thereat a true copy of each to _____**Carol**_____
☒   personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____**Employee**_____ thereof.

SUITABLE AGE by delivering a true copy of each to _____ a person of suitable age and
PERSON   discretion. Said premises is recipient's [  ] actual place of business
☐      [  ] dwelling house (usual place of abode) within the state.

AFFIXING TO by affixing a true copy of each to the door of said premises, which is recipient's [  ] actual place of
DOOR   business [  ] dwelling house (usual place of abode) within the state. Affiant was unable, with due
☐      diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
       Day_____ Date_____ Time_____ · Day_____ Date_____ Time_____
       Day_____ Date_____ Time_____    Day_____ Date_____ Time_____

MAILING   Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly
COPY    addressed to recipient at recipient's last known [  ]residence [  ] place of employment at:
☐      _____
       and caused said wrapper to be deposited in a post office official depository under exclusive
       care and custody of the U. S. Postal Service within the State of Nevada on _____
       [  ] The above mailing was made by certified mail (Receipt No. _____ ).

DESCRIPTION A description of the Defendant, or other person served, or spoken to on behalf of the Defendant
☒    is as follows:
     Sex **Female**  Color of skin __**White**__  Color of hair __**Grey**__  Approx. Age. **51 - 65 Yrs.**
     Approx. Height __**Sitting**__ Approx. weight __**Sitting**__  Other _____**Receptionist**_____

WITNESS
FEES    $ _____the authorizing traveling expenses and one day's witness fee was paid
☐      (tendered) to the recipient.

PHOTO
☐      Affiant was able to identify recipient from annexed photo.

MILITARY
SERVICE   To the best of my knowledge and belief, said person _____
☐      engaged in the US Military at the time of service.

Sworn to before me on this **17th** day of _**May, 2007**_



Affiant - **Heather Chamberlain**
**Legal Process Service**
License # 604

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
NORMA P. McMAHAN
Appt. No. 93-3447-1
My Appt. Expires July 1, 2009

WorkOrderNo **0702631**

_____
Notary Public

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101

AO 440 (Rev. 10/93) Summons in a Civil Action   SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

## SUMMONS IN A CIVIL CASE

V.

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

CASE NUMBER:

**07 CV 3647**

**JUDGE KOELTL**

TO: (Name and address of defendant)

SILVER STATE FINANCIAL SERVICES, INC.
c/o R. Glen Woods
1340 Galleria Dr., #200
Henderson, Nevada  89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 0 8 2007

CLERK                                     DATE

(BY) DEPUTY CLERK

# EXHIBIT 4

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

07 CV 3647

JUDGE KOELTL

TO: (Name and address of defendant)

MICHAEL STODDART
211 Wanda Road
Henderson, Nevada  89002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

CLERK

MAY 0 8 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date        Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 5

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

## 07 CV 3647

## JUDGE KOELTL

TO: (Name and address of defendant)

LYNN WOODRUM
7 Larkside Court
Henderson, Nevada 89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

~~an answer to the complaint which is herewith served upon you, within~~ _____ 20 _____ ~~days after service of this~~
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

MAY 0 8 2007

CLERK

DATE

_Marcos Quintero_

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                              Signature of Server

                                            _____
                                            Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERWIN ADVISORS LLC, and TERWIN : No. 1:07-cv-3647-JGK
WAREHOUSE MANAGEMENT LLC, as Program :
Administrator for and Assignee of TERWIN : **DECLARATION OF SERVICE**
MORTGAGE WAREHOUSE TRUST II, SERIES : **OF SUMMONS AND COMPLAINT**
LVIII, : **UPON DEFENDANTS**
: **MICHAEL STODDART**
                      Plaintiffs, : **AND LYNN WOODRUM**
:
             vs. :
:
SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART, and LYNN WOODRUM, :
:
                      Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr,

Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and

Terwin Warehouse Management LLC in the above-captioned matter.  I caused to be served upon

defendants Michael Stoddart and Lynn Woodrum the Summons and Complaint in this matter as

follows:

       1.     This action was commenced on May 8, 2007 with the filing of a Summons and

Complaint against defendants Silver State Financial Services, Inc. ("Silver State"), Michael

Stoddart and Lynn Woodrum.

       2.     Defendant Silver State was served on May 16, 2007.  A Certificate of Service of

Summons and Complaint on defendant Silver State was filed electronically on June 26, 2007 and

in hard copy on June 27, 2007.

       3.     On May 30, 2007, Irma L. Gloria, Esq. of Woods Erickson Whitaker & Maurice

LLP contacted me by telephone.  Ms. Gloria told me she represented Silver State and requested a

two-week extension of Silver State's time to answer or otherwise plead from June 5, 2007 to

June 19, 2007. I agreed to such an extension.

4.       On that May 30, 2007 telephone call, I asked Ms. Gloria whether she also represented defendants Michael Stoddart and Lynn Woodrum. She stated that she did represent defendants Michael Stoddart and Lynn Woodrum. I aksed Ms. Gloria whether she was authorized and would agree to accept service of the Summons and Complaint in this matter on behalf of defendants Michael Stoddart and Lynn Woodrum. Ms. Gloria said that she was authorized and would accept service of the Summons and Complaint in this matter on behalf of defendants Michael Stoddart and Lynn Woodrum.

5.       On June 4, 2007, Ms. Gloria sent me a letter confirming our telephone call and my agreement to a two-week extension for Silver State to answer or otherwise plead. A copy of Ms. Gloria's June 4, 2007 letter to me is attached hereto as Exhibit 1.

6.       On June 7, 2007, I wrote to Ms. Gloria confirming the fact that she agreed to accept service of process upon her clients Michael Stoddart and Lynn Woodrum. In my June 7, 2007 letter to Ms. Gloria, I enclosed the Summons upon Mr. Stoddart, the Summons upon Mr. Woodrum and two copies of the Complaint. I sent the letter by federal express overnight delivery. A copy of my June 7, 2007 letter to Ms. Gloria, the Summons upon Michael Stoddart and the Summons upon Lynn Woodrum are attached hereto as Exhibit 2. A copy of the Federal Express airbill is attached hereto as Exhibit 3.

7.       On June 8, 2007 at 10:50 a.m., Ms. Gloria received my letter, the Summons upon Mr. Stoddart, the Summons upon Mr. Woodrum and the two copies of the Complaint. A copy of the Federal Express package tracking detail is attached hereto as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2

Dated:  June 27, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP


Matthew J. Borger (MB 7898)
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
Tel.: 215-568-6060
Fax: 215-568-6603

3

EXHIBIT 1

06/05/2007 17:13 FAX 70243374          WOODS ERICKSON                    ☒001

R. Glen Woods*‡
John R. Erickson*
Brian C. Whitaker†
Aaron R. Maurice
Jason M. Wiley††
Irma L. Gloria
Travis J. Wright**
Bryan D. Dixon
Scott R. Taylor
Ammon B. Chase

*Also Admitted in Utah
‡Also Admitted in California
‡Also Admitted in Arizona
†Also Admitted in Iowa
**Also Admitted in Nebraska

# ◆ WOODS ERICKSON
## WHITAKER & MAURICE LLP

### ATTORNEYS AT LAW

1349 West Galleria Drive
Suite 200
Henderson, NV 89014
Telephone:
702.433.9696
Telefax:
702.434.0615
Website:
www.woodserickson.com

June 4, 2007

*VIA FACSIMILE (215-568-6603)*
Matthew J. Borger, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS LLP
260 South Broad Street
Philadelphia, PA 19102-5003

Re:    *Silver State Financial Services Inc., d/b/a Silver State Mortgage, et. al*
       *adv.Terwin Advisors LLC and Terwin Warehouse Management LLC*
       *Case No: 07 CV 3647-U.D. District Court*

Dear Mr. Borger:

Thank you for your telephone conversation with my paralegal, Kristy Garcia, on June 1, 2007. As stated in my call to your office, we are legal counsel to Silver State Financial Services, Inc., dba Silver State Mortgage "Silver State" herein.

This is to confirm the extension granted by you for Silver State to answer or otherwise respond to the Complaint on file herein. It is our understanding that we have a two (2) week extension through Tuesday, June 19, 2007.

Thank you for your professional courtesy in this regard.

Very truly yours,

*Irma L. Gloria*
Irma L. Gloria

ILG/kg

EXHIBIT 2

Case 1:07-cv-03647-JGK     Document 4     Filed 06/27/2007     Page 7 of 17

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

| | | | |
|---|---|---|---|
| MORTON R. BRANZBURG<br>LAWRENCE J. AREM<br>RICHARD S. ROISMAN<br>JEFFREY KURTZMAN<br>FRANCIS M. CORRELL, JR.<br>CARL S. PRIMAVERA<br>PAUL G. NOFER<br>BARRY J. SIEGEL<br>STEPHAN L. CUTLER<br>DAVID S. EAGLE*<br>CHARLES A. ERCOLE<br>WILLIAM W. MATTHEWS III<br>LAWRENCE D. ROVIN<br>SHAHAN G. TEBERJAN<br>DANIEL P. O'BRIEN<br>DON P. FOSTER<br>HEATHER I. LEVINE<br>MARC H. STOFMAN<br>MATTHEW J. BORGER<br>JON M. KATONA<br>LEE R. SUSSMAN<br>WILLIAM R. HINCHMAN<br>JOSHUA S. WANDERER†††<br>ROBERT A. MCKINLEY | WILLIAM A. HARVEY<br>RONA A. ROSEN<br>CAROL ANN SLOCUM<br>MICHAEL K. CORAN<br>JOANNE B. WILLS<br>KEITH W. KAPLAN<br>DOUGLAS F. SCHLEICHER<br>RICHARD M. BECK<br>DENISE M. DAY<br>BRADLEY A. KROUSE<br>STEVEN A. KAYE<br>GREGORY G. GOSFIELD<br>RONALD J. PATTERSON<br>GLENN A. WEINER<br>IRA A. ROSENAU<br>MICHAEL A. IACONELLI<br>A. GRANT PHELAN<br>JON S. ROBINS<br>IRA C. GUBERNICK<br>MICHAEL P. RITTINGER<br>MARCY N. HART<br>MELISSA MACLEOD<br>DOMENIC E. PACITTI | **ATTORNEYS AT LAW**<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102-5003<br><br>(215) 568-6060<br>FAX: (215) 568-6603<br>www.klehr.com<br><br>**NEW JERSEY OFFICE**<br>457 HADDONFIELD ROAD<br>SUITE 510<br>CHERRY HILL, NEW JERSEY 08002-2220<br>(856) 486-7900<br><br>**DELAWARE OFFICE**<br>919 MARKET STREET<br>SUITE 1000<br>WILMINGTON, DELAWARE 19801-3062<br>(302) 426-1189<br><br>June 7, 2007 | DAVID J. SANDER<br>JULIE HOLLAND KINKOFF<br>BRETT D. FELDMAN<br>MICHAEL W. YURKEWICZ†<br>CHRISTOPHER A. WARD**<br>JULIE BEDDINGFIELD✧<br>MARK S. O'BRIEN**<br>WILLIAM T. HILL<br>DARWIN B. BEAUVAIS<br>JOSEPH P. BRADICA<br>TRACY L. HASLETT<br>JENNIFER L. SCHERER<br>DAWN N. ZUBRICK<br>S. JUSTIN DAVIS<br>NICOLE R. FAUX<br>JEFFREY D. SPANN<br>DANIEL R. COOPER<br>RANDOLPH C. RELIFORD<br>KIMBERLY KUPKA | RICHARD C. DeMARCO<br>ANTHONY P. TABASSO<br>RANDI L. RUBIN<br>LISA A. LORI<br>MATTHEW H. WERTHMAN<br>WILLIAM J. CLEMENTS<br>KELLY A. GREEN**<br>JAWAD H. SALAH†††<br>MARK A. BEAVER<br>JANAKI R. CATANZARITE<br>KEITH LORENZE⅃<br>RYAN A. SILVERMAN<br>ASIM A. ALAM✧✧<br>JOHN C. CASCARANO††<br>ZAL A. KUMAR †††<br>MATTHEW H. CARLSON<br>MATTHEW P. ROSENBERG<br>G. MATTHEW BARNARD |

* MEMBER OF NEW YORK & DELAWARE BAR ONLY
** MEMBER OF DELAWARE BAR ONLY
*** MEMBER OF OHIO BAR ONLY
**** MEMBER OF NEW JERSEY BAR ONLY
† MEMBER OF DELAWARE & MASSACHUSETTS BAR ONLY
†† MEMBER OF GEORGIA & PENNSYLVANIA BAR ONLY
††† MEMBER OF NEW YORK BAR ONLY
✧ MEMBER OF NORTH CAROLINA & PENNSYLVANIA BAR ONLY
✧✧ MEMBER OF CALIFORNIA & NEW JERSEY BAR ONLY
⅃ MEMBER OF TEXAS BAR ONLY
Direct Dial: (215) 569-4159
E-Mail: mborger@klehr.com

**OF COUNSEL**
LEONARD M. KLEHR
DONALD M. HARRISON
PETER J. NORMAN
MARY ELLEN O'LAUGHLIN
STEPHEN C. SUSSMAN
LYNN A. COLLINS
ALBERT T. KEYACK
MICHAEL C. FORMAN***
MARY B. HALFPENNY
KATHLEEN E. TORBIT
SHERRY OLIN LEMONICK

## VIA FEDERAL EXPRESS

Irma L. Gloria, Esquire
WOODS ERICKSON WHITAKER & MAURICE LLP
1349 West Galleria Drive, Suite 200
Henderson, NV 89014

      Re:   **Terwin Advisors LLC, et al. v. Silver State Financial Services, Inc., et al.,**
           **U.S. District Court, S.D.N.Y., Case No. 07 CV 3647**

Dear Ms. Gloria:

      I write to confirm our telephone conversation in which you agreed to accept service of process upon your clients Michael Stoddard and Lynn Woodrum.

      Enclosed please find the Summons upon Mr. Stoddard, the Summons upon Mr. Woodrum and two copies of the Complaint.

PHIL1 736814-1

Irma L. Gloria, Esquire
June 7, 2007
Page 2


     Thank you for your professional courtesy in this matter.  Please call me if you have any questions.

                        Very truly yours,

                        Matthew J. Borger

MJB/sls
Enclosures

PHIL1 736814-1

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

### SUMMONS IN A CIVIL CASE

V.

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

CASE NUMBER:

07 CV 3647

JUDGE KOELTL

TO: (Name and address of defendant)

MICHAEL STODDART
211 Wanda Road
Henderson, Nevada  89002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

MAY 0 8 2007
DATE

_Marcos Quintero_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                                Signature of Server

                                        _____
                                        Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

TERWIN ADVISORS LLC and TERWIN
WAREHOUSE MANAGEMENT LLC,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, AND LYNN WOODRUM,

07 CV 3647

JUDGE KOELTL

TO: (Name and address of defendant)

LYNN WOODRUM
7 Larkside Court
Henderson, Nevada 89014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Borger, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 0 8 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                              Signature of Server

                                            _____
                                            Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 3

**FedEx Express® US Airbill**

SPH42

0215

519

**1 From** Please print and press hard.

Date 6-7-01

Sender's FedEx Account Number    8619 2974 9707

Sender's Name Matt Bolger

Company KLEHR HARRISON HARVEY ET AL

Address 260 S BROAD ST

Phone (215) 568-6060

City PHILADELPHIA    State PA    ZIP 19102-5003

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 13942-0005

**3 To**

Recipient's Name RMA L. Gloria, Esquire

Company Woods, Erickson, Whitaker + Maurice

Address 1349 West Galleria Dr., Suite 200

City Henderson    State NV    ZIP 89014

0361965695

**4a Express Package Service** Packages up to 150 lbs.

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☒ FedEx First Overnight

**4b Express Freight Service** Packages over 150 lbs.

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery   ☐ HOLD Weekday   ☐ HOLD Saturday

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**8 Residential Delivery Signature Options**

☐ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature

Total Packages    Total Weight    Total Declared Value $   .00

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Find a location or locations at fedex.com

0191-2901-2

EXHIBIT 4



YAHOO! SMALL BUSINESS    Welcome, sscheidly    Small Business Home - Help
[sign out, account info]

**Let FREEdom Ring!**

Home    Products    News & Resources

Getting Started | Sales & Marketing | Online Business | Management & HR | Legal | Finance | Office & Tech | **Tools**

Search: [_____]    [Entire Site ▾]    [ Search ]

## FedEx Package Tracking Details    MY YAHOO!

ADVERTISEMENT

Learn more about our
Small Business Solutions.

Business Loans

Lines of Credit

Credit Cards

Capital One | small business
SOLUTIONS

### Tracking Detail for 861929749707    Help

| Status | Delivered |
|---|---|
| Signed for by | C.COLLINS |
| Ship Date | 2007-06-07 |
| Delivery Date | 2007-06-08 |
| Destination | HENDERSON, NV |
| Delivered to | Shipping/Receiving |
| Service type | Standard Envelope |
| Weight | |

ADVERTISEMENT

Small Business Solutions
Business Loans
Lines of Credit
Credit Cards

Capital One small business
SOLUTIONS

GoToMyPC
ACCESS YOUR PC FROM ANYWHERE

TRY IT
FREE

### History

| Date/Time | Status | Location |
|---|---|---|
| 2007-06-08 10:50:00 | Delivered | HENDERSON, NV |
| 2007-06-08 08:13:00 | On FedEx vehicle for delivery | LAS VEGAS, NV |
| 2007-06-08 07:36:00 | Arrived at FedEx Destination Location | LAS VEGAS, NV |
| 2007-06-08 06:23:00 | Left FedEx Ramp | LAS VEGAS, NV |

Case 1:07-cv-03647-JGK    Document 4    Filed 06/27/20u/    Page 17 of 17    Page 2 of 2

| 2007-06-08 05:41:00 | Arrived at FedEx Ramp | LAS VEGAS, NV |
| 2007-06-08 04:50:00 | Left FedEx Sort Facility | MEMPHIS, TN |
| 2007-06-08 04:50:00 | Left FedEx Sort Facility | MEMPHIS, TN |
| 2007-06-07 23:23:00 | Arrived at Sort Facility | MEMPHIS, TN |
| 2007-06-07 21:59:00 | Left FedEx Ramp | PHILADELPHIA, PA |
| 2007-06-07 21:57:00 | Package status | PHILADELPHIA, PA |
| 2007-06-07 21:14:00 | Arrived at FedEx Ramp | PHILADELPHIA, PA |
| 2007-06-07 21:09:00 | Left FedEx Origin Location | PHILADELPHIA, PA |
| 2007-06-07 17:28:00 | Picked up by FedEx | PHILADELPHIA, PA |

Track More Packages  |  Visit FedEx.com

## Most Popular Small Business Articles

- 5 Search Engine Mistakes Not to Make
  Entrepreneur.com - People searching for your products or services on the Internet can be an important source of new customers for you. Because someone searching for what you sell is already ...

- Pick a Winning Name for Your Business
  NOLO.COM - Choose a business name that will identify your company's products and services.

- Business Plan Essentials
  Entrepreneur.com - When you're about to embark on developing a business plan, remember this: Form follows function, so you want a plan that fits your exact business needs. The emphasis should ...

- Crafting a Simple Business Plan
  Entrepreneur.com - When I first started working with business plans back in the late 1970s, the average plan was much longer and more complex than what I see today. That might be because business ...

- Independent Contractor Agreements
  AllBusiness.com - Your business must have a good form of agreement when hiring independent contractors. A thorough agreement should cover these items.

Copyright ©2007 Yahoo! Inc. All rights reserved
Privacy Policy - Copyright Policy - Terms of Service - Help - Contact Us - Affiliate Program - Partners
Domain Name Search - Website Templates - Web Site Hosting - Site Map