UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TERWIN ADVISORS LLC et al.,                                  :
                                                             :
                              Plaintiffs,                    :
                                                             :
              - against --                                   :
                                                             :
SILVER STATE FINANCIAL SERVICES, INC. et                     :
al.,                                                         :
                                                             :
                              Defendants.      X
-------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7.31.07

07 Civ. 3647 ( JGK )( AJP )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:
        The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

____    General Pretrial (includes scheduling,                  ____    Consent under 28 U.S.C. § 636(c) for all
        discovery, non-dispositive pretrial motions,                    purposes (including trial)
         and settlement)

                                                                ____    Consent under 28 U.S.C.§ 636(c) for
____    Specific Non-Dispositive Motion/Dispute:*                       limited purpose (e.g., dispositive motion,
                                                                        preliminary injunction)

        _____                               Purpose:_____

        _____

                                                                ____    Habeas Corpus
        If referral is for discovery disputes  when
        the District Judge is unavailable, the time
        period of the referral:_____                ____    Social Security

____    Settlement*                                             ____    Dispositive Motion (i.e., motion requiring
                                                                        a Report and Recommendation)

_X_     Inquest After Default/Damages Hearing                           Particular Motion:_____

                                                                        _____

                                                                        All such motions:____


SO ORDERED.

DATED:      New York, New York
            July 30, 2007
                                                                _____
                                                                        John G. Koeltl
                                                                United States District Judge

* Do not check if already referred for general pretrial.