UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC, and TERWIN
WAREHOUSE MANAGEMENT LLC, as Program
Administrator for and Assignee of
TERWIN MORTGAGE WAREHOUSE TRUST II,
SERIES LVIII,

07 Civ. 3647 (JGK)

ORDER

Plaintiffs,

- against -

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, and LYNN WOODRUM,

Defendants.

JOHN G. KOELTL, District Judge:

For the reasons stated on the record on July 30, 2007, the plaintiffs are entitled to a default judgment. The matter is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:   New York, New York
         July 30, 2007

                                      John G. Koeltl
                              United States District Judge