UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

TERWIN ADVISORS LLC, et al., :

        Plaintiffs, :

     -against- :

SILVER STATE FINANCIAL SERVICES, INC., :
MICHAEL STODDART & LYNN WOODRUM,

        :

        Defendants.

        :
------------------------------------- x

07 Civ. 3647 (JGK) (AJP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

**ANDREW J. PECK, United States Magistrate Judge:**

      Judge Koeltl has referred this case to me for an inquest on damages. (7/30/07 Order.)

      Plaintiff is to present admissable evidence of its damages (by afidavit(s) and exhibits), along with a memorandum of law, by August 14, 2007.

      Defendants' opposition papers are due by August 28, 2007.

      Plaintiff's counsel is to serve this Order on defendants and file proof of service with the Clerk of Court (with a courtesy copy to my chambers).

      The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:    New York, New York
            July 31, 2007

                                  Andrew J. Peck
                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Matthew J. Borger, Esq.
                                 Judge John G. Koeltl