# EXHIBIT 5

Terwin Warehouse's Damages Based On Silver State's Breach Of The Warehouse Purchase Agreement

| Terwin Loan Number | Customer ID | Date Mortgage Went On Warehouse Line | Amount For Which Terwin Purchased Mortgage From Silver State | Borrower Last Name | Mortgage Amount | Date Mortgage Was Sold By Terwin | Amount For Which Terwin Sold Mortgage | Interest And Fees Owed For Loan | Gain / (Shortfall) Difference Between Terwin's Purchase Price And Proceeds From Mortgage Sale | Days From Date Mortgage Was Sold Through 8/14/2007 | Interest at 9% Through 8/14/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-22-07 Settlement | | | | | | | | | | | |
| SSM-490 | 2200107636 | 1/26/2007 | 71,817.38 | TIGLAO | 76,300.00 | 2/22/2007 | 71,242.48 | 1,273.20 | (1,848.10) | 173 | (78.84) |
| SSM-449 | 2200186246 | 1/26/2007 | 10,353.75 | GONZALES | 11,000.00 | 2/22/2007 | 10,272.78 | 889.53 | (970.50) | 173 | (41.40) |
| SSM-491 | 2200191097 | 1/26/2007 | 65,887.50 | SEGALLA | 70,000.00 | 2/22/2007 | 65,457.29 | 1,236.21 | (1,666.42) | 173 | (71.09) |
| SSM-492 | 7700206409 | 1/26/2007 | 55,345.50 | Vasquez | 58,800.00 | 2/22/2007 | 54,984.13 | 1,170.33 | (1,531.70) | 173 | (65.34) |
| SSM-452 | 2200173460 | 1/26/2007 | 53,563.13 | GUNDERSON | 55,650.00 | 2/22/2007 | 51,615.38 | 409.26 | (2,357.01) | 173 | (100.54) |
| SSM-453 | 2200174938 | 1/26/2007 | 25,987.50 | ALEXANDER | 27,000.00 | 2/22/2007 | 25,014.38 | 237.27 | (1,210.39) | 173 | (51.63) |
| SSM-454 | 2200182446 | 1/26/2007 | 51,012.50 | Kempf | 53,000.00 | 2/22/2007 | 49,109.65 | 393.33 | (2,296.18) | 173 | (97.95) |
| SSM-455 | 2200182452 | 1/26/2007 | 136,578.75 | POLJAKOV | 141,900.00 | 2/22/2007 | 131,415.17 | 927.12 | (6,090.70) | 173 | (259.81) |
| SSM-456 | 2200187207 | 1/26/2007 | 34,650.00 | TUCKER | 36,000.00 | 2/22/2007 | 33,367.50 | 291.27 | (1,573.77) | 173 | (67.13) |
| SSM-457 | 2200191656 | 1/26/2007 | 75,075.00 | CRISPIN | 78,000.00 | 2/22/2007 | 72,187.92 | 543.45 | (3,430.53) | 173 | (146.34) |
| SSM-458 | 2200192510 | 1/26/2007 | 59,290.00 | WILLIAMS II | 61,600.00 | 2/22/2007 | 56,962.89 | 444.90 | (2,772.01) | 173 | (118.25) |
| SSM-459 | 2200193928 | 1/26/2007 | 32,243.75 | THOMAS | 33,500.00 | 2/22/2007 | 30,989.83 | 276.15 | (1,530.07) | 173 | (65.27) |
| SSM-460 | 2200196509 | 1/26/2007 | 46,200.00 | TAYLOR | 48,000.00 | 2/22/2007 | 44,523.33 | 363.36 | (2,040.03) | 173 | (87.02) |
| SSM-462 | 2200198289 | 1/26/2007 | 51,975.00 | CERVANTEZ | 54,000.00 | 2/22/2007 | 50,100.00 | 399.27 | (2,274.27) | 173 | (97.01) |
| SSM-463 | 2200198991 | 1/26/2007 | 41,868.75 | LEE | 43,500.00 | 2/22/2007 | 40,258.65 | 336.36 | (1,946.46) | 173 | (83.03) |
| SSM-464 | 2200199021 | 1/26/2007 | 94,854.38 | NAJERA | 98,550.00 | 2/22/2007 | 91,213.50 | 666.84 | (4,307.72) | 173 | (183.76) |
| SSM-465 | 2200199166 | 1/26/2007 | 111,650.00 | TICHACHATI | 116,000.00 | 2/22/2007 | 107,517.50 | 771.60 | (4,904.10) | 173 | (209.20) |
| SSM-467 | 2200201253 | 1/26/2007 | 106,452.50 | HENDRY | 110,600.00 | 2/22/2007 | 102,604.54 | 739.20 | (4,587.16) | 173 | (195.68) |
| SSM-469 | 2200204328 | 1/26/2007 | 69,300.00 | PEREZ | 72,000.00 | 2/22/2007 | 66,740.00 | 507.54 | (3,067.54) | 173 | (130.85) |
| SSM-470 | 2200205599 | 1/26/2007 | 59,482.50 | SWENSEN | 61,800.00 | 2/22/2007 | 57,388.17 | 446.25 | (2,540.58) | 173 | (108.37) |
| SSM-471 | 2200206612 | 1/26/2007 | 50,820.00 | NUNEZ MONROY | 52,800.00 | 2/22/2007 | 48,825.33 | 392.25 | (2,386.92) | 173 | (101.82) |
| SSM-472 | 2200206636 | 1/26/2007 | 98,175.00 | PAI | 102,000.00 | 2/22/2007 | 94,675.83 | 687.63 | (4,186.80) | 173 | (178.60) |
| SSM-474 | 2200206879 | 1/26/2007 | 17,084.38 | EDWARDS | 17,750.00 | 2/22/2007 | 16,413.82 | 181.65 | (852.21) | 173 | (36.35) |
| SSM-476 | 2200207203 | 1/26/2007 | 57,172.50 | KIDANE | 59,400.00 | 2/22/2007 | 54,940.88 | 431.67 | (2,663.29) | 173 | (113.61) |
| SSM-477 | 2200207544 | 1/26/2007 | 44,467.50 | MUKUNDAN | 46,200.00 | 2/22/2007 | 42,754.25 | 352.56 | (2,065.81) | 173 | (88.12) |
| SSM-478 | 2200207574 | 1/26/2007 | 125,702.50 | BENAU | 130,600.00 | 2/22/2007 | 121,185.92 | 859.35 | (5,375.93) | 173 | (229.32) |
| SSM-479 | 2200207824 | 1/26/2007 | 163,625.00 | SYPHUS | 170,000.00 | 2/22/2007 | 157,356.25 | 1,096.14 | (7,364.89) | 173 | (314.17) |
| SSM-480 | 2200209377 | 1/26/2007 | 43,312.50 | HUGGINS | 45,000.00 | 2/22/2007 | 41,784.38 | 345.27 | (1,873.39) | 173 | (79.91) |
| SSM-481 | 2200209626 | 1/26/2007 | 64,968.75 | CARLISLE | 67,500.00 | 2/22/2007 | 62,648.44 | 480.54 | (2,800.85) | 173 | (119.48) |
| SSM-482 | 2200210964 | 1/26/2007 | 43,697.50 | RYHERD | 45,400.00 | 2/22/2007 | 42,023.38 | 347.70 | (2,021.82) | 173 | (86.25) |
| SSM-483 | 2200211902 | 1/26/2007 | 115,500.00 | HORNES | 120,000.00 | 2/22/2007 | 111,016.67 | 795.63 | (5,278.96) | 173 | (225.19) |
| SSM-484 | 2200213060 | 1/26/2007 | 282,975.00 | TUMLINSON | 294,000.00 | 2/22/2007 | 272,133.75 | 1,840.80 | (12,682.05) | 173 | (540.98) |
| SSM-485 | 2200215105 | 1/26/2007 | 186,340.00 | QUEREVALU | 193,600.00 | 2/22/2007 | 179,429.56 | 1,237.89 | (8,148.33) | 173 | (347.59) |
| SSM-487 | 7700197886 | 1/26/2007 | 144,375.00 | Hope | 150,000.00 | 2/22/2007 | 138,708.33 | 975.99 | (6,642.66) | 173 | (283.36) |

Terwin Warehouse's Damages Based On Silver State's Breach Of The Warehouse Purchase Agreement

| ID | Loan # | Date 1 | Amount 1 | Name | Amount 2 | Date 2 | Value 1 | Value 2 | Col | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| SSM-488 | 7700203183 | 1/26/2007 | 50,242.50 | Manning | 52,200.00 | 2/22/2007 | 48,379.25 | 388.47 | 173 | (96.05) |
| SSM-489 | 7700217912 | 1/26/2007 | 49,472.50 | ALVAREZ-HERNANDEZ | 51,400.00 | 2/22/2007 | 47,530.72 | 383.61 | 173 | (99.20) |
| | | | $ 2,791,518.52 | | | | $ 2,692,771.85 | $ (2,251.72) | | |
| | | | | | | | | (2,325.39) | | |
| | | | | | | | | 23,119.59 | | |
| | | | | | | | Security deposit recovery | $ (121,866.26) | | |
| | | | | | | | | 80,711.59 | | ($5,198.51) |
| | | | | | | | Net loss | ($41,154.67) | | |

**2-26-07 Settlement**
**Pool #1**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSM-238 | 2200072121 | 11/21/2006 | 147,940.26 | EVANS | 144,200.00 | 2/26/2007 | 141,531.78 | 3,478.24 | 169 | (411.99) |
| SSM-243 | 2200088366 | 11/21/2006 | 287,673.02 | CALAMIA | 280,400.00 | 2/26/2007 | 274,857.21 | 6,692.76 | 169 | (812.95) |
| SSM-246 | 2200104872 | 11/21/2006 | 206,446.77 | WILSON | 201,350.00 | 2/26/2007 | 197,369.83 | 4,824.18 | 169 | (579.28) |
| SSM-262 | 2200134407 | 11/21/2006 | 913,297.55 | LIM | 890,750.00 | 2/26/2007 | 873,946.30 | 21,085.53 | 169 | (2,518.48) |
| SSM-308 | 7700186828 | 11/21/2006 | 427,555.52 | GODINEZ | 417,000.00 | 2/26/2007 | 408,606.39 | 9,960.94 | 169 | (1,204.72) |
| SSM-325 | 2200154699 | 12/27/2006 | 292,954.20 | RAINEY | 285,600.00 | 2/26/2007 | 280,521.65 | 5,207.60 | 169 | (735.09) |
| SSM-343 | 2200172326 | 12/27/2006 | 229,768.00 | KIM | 224,000.00 | 2/26/2007 | 219,774.32 | 3,316.36 | 169 | (554.65) |
| SSM-359 | 2200178428 | 12/27/2006 | 608,064.60 | MAY | 592,800.00 | 2/26/2007 | 577,650.06 | 8,653.25 | 169 | (1,628.00) |
| | | | $ 3,113,699.92 | | | | $ 2,974,257.54 | 63,218.86 | | ($8,445.14) |

**Pool #2**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSM-311 | 7700187487 | 11/21/2006 | 553,669.02 | Urda | 540,000.00 | 2/26/2007 | 399,451.98 | 12,812.17 | 169 | (6,960.31) |
| SSM-420 | 7700187402 | 1/26/2007 | 239,375.00 | FOK | 250,000.00 | 2/26/2007 | 186,944.26 | 2,639.92 | 169 | (2,294.86) |
| SSM-432 | 2200128480 | 1/26/2007 | 100,729.00 | OLMEDO | 105,200.00 | 2/26/2007 | 78,574.73 | 1,646.68 | 169 | (991.81) |
| SSM-433 | 2200130009 | 1/26/2007 | 105,325.00 | HALL | 110,000.00 | 2/26/2007 | 82,180.33 | 1,679.54 | 169 | (1,034.46) |
| SSM-435 | 2200132460 | 1/26/2007 | 29,682.50 | GRAF | 31,000.00 | 2/26/2007 | 23,163.13 | 1,137.66 | 169 | (319.08) |
| | | | $ 1,028,780.52 | | | | $ 770,314.43 | 19,915.97 | | ($11,600.52) |
| | | | | | | | Net loss | | | ($20,045.67) |

**3-2-07 Settlement**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSM-503 | 2200201752 | 1/30/2007 | 185,840.00 | AGUILAR | 184,000.00 | 3/2/2007 | 181,855.95 | 1,406.45 | 165 | (219.31) |
| SSM-504 | 2200207689 | 1/30/2007 | 375,720.00 | BAILEY | 372,000.00 | 3/2/2007 | 367,590.11 | 2,766.73 | 165 | (443.33) |
| SSM-505 | 7700209747 | 1/30/2007 | 984,750.00 | BARNES | 975,000.00 | 3/2/2007 | 963,323.07 | 7,130.29 | 165 | (1,161.85) |
| SSM-506 | 2200193806 | 1/30/2007 | 197,960.00 | BELLORIN-VILCHEZ | 196,000.00 | 3/2/2007 | 193,711.30 | 1,493.25 | 165 | (233.61) |
| SSM-507 | 7700206800 | 1/30/2007 | 221,594.00 | Boulos | 219,400.00 | 3/2/2007 | 216,829.22 | 1,662.51 | 165 | (261.49) |
| SSM-508 | 2200208158 | 1/30/2007 | 250,884.00 | CARRILLO | 248,400.00 | 3/2/2007 | 245,479.74 | 1,872.38 | 165 | (296.05) |
| SSM-509 | 7700215226 | 1/30/2007 | 361,176.00 | Castro | 357,600.00 | 3/2/2007 | 353,363.70 | 2,662.57 | 165 | (426.17) |
| SSM-510 | 7700201026 | 1/30/2007 | 279,366.00 | Crawford | 276,600.00 | 3/2/2007 | 273,339.81 | 2,076.36 | 165 | (329.65) |
| SSM-511 | 2200212773 | 1/30/2007 | 307,040.00 | DIETRICH | 304,000.00 | 3/2/2007 | 300,409.72 | 2,274.76 | 165 | (362.30) |
| SSM-512 | 2200196638 | 1/30/2007 | 206,040.00 | DOE | 204,000.00 | 3/2/2007 | 201,614.96 | 1,551.22 | 165 | (243.14) |
| SSM-513 | 2200189212 | 1/30/2007 | 192,910.00 | EFFA | 191,000.00 | 3/2/2007 | 188,771.47 | 1,456.98 | 165 | (227.65) |
| SSM-514 | 2200189772 | 1/30/2007 | 377,336.00 | FRANCIS | 373,600.00 | 3/2/2007 | 369,171.03 | 2,778.51 | 165 | (445.23) |
| SSM-515 | 2200213077 | 1/30/2007 | 595,900.00 | FRANKLIN | 590,000.00 | 3/2/2007 | 582,962.94 | 4,344.32 | 165 | (703.09) |
| SSM-516 | 7700216619 | 1/30/2007 | 218,160.00 | GUTIERREZ-RAMIREZ | 216,000.00 | 3/2/2007 | 213,470.31 | 1,638.02 | 165 | (257.44) |
| SSM-517 | 2200200601 | 1/30/2007 | 242,400.00 | HERNANDEZ | 240,000.00 | 3/2/2007 | 237,181.00 | 1,811.62 | 165 | (286.04) |
| SSM-518 | 2200206930 | 1/30/2007 | 121,099.00 | HOLLAND | 119,900.00 | 3/2/2007 | 118,528.55 | 942.69 | 165 | (142.93) |
| SSM-519 | 2200203245 | 1/30/2007 | 395,920.00 | HUNT | 392,000.00 | 3/2/2007 | 387,349.12 | 2,911.50 | 165 | (467.16) |
| SSM-520 | 2200215325 | 1/30/2007 | 246,440.00 | LARSON | 244,000.00 | 3/2/2007 | 241,132.99 | 1,840.76 | 165 | (290.81) |

Terwin Warehouse's Damages Based On Silver State's Breach Of The Warehouse Purchase Agreement

| Loan ID | Loan # | Date | Amount | Borrower | Value | Date2 | Balance | Adj | Days | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| SSM-521 | 2200178836 | 1/30/2007 | 228,462.00 | MALILAY | 226,200.00 | 3/2/2007 | 223,547.35 | 1,711.80 | (6,626.45) | 165 | (269.60) |
| SSM-522 | 2200207295 | 1/30/2007 | 303,000.00 | MCCULLOUGH | 300,000.00 | 3/2/2007 | 296,458.04 | 2,245.93 | (8,787.89) | 165 | (357.53) |
| SSM-523 | 2200207770 | 1/30/2007 | 252,096.00 | MESIDOR | 249,600.00 | 3/2/2007 | 246,665.28 | 1,881.06 | (7,311.78) | 165 | (297.48) |
| SSM-524 | 7700215256 | 1/30/2007 | 509,040.00 | Mihill | 504,000.00 | 3/2/2007 | 497,999.22 | 3,721.84 | (14,762.62) | 165 | (600.62) |
| SSM-525 | 7700196552 | 1/30/2007 | 706,192.00 | MOVSISIAN | 699,200.00 | 3/2/2007 | 690,846.89 | 5,134.51 | (20,479.62) | 165 | (833.21) |
| SSM-526 | 2200196048 | 1/30/2007 | 89,890.00 | MURPHY | 89,000.00 | 3/2/2007 | 88,000.73 | 718.87 | (2,608.14) | 165 | (106.11) |
| SSM-527 | 2200195652 | 1/30/2007 | 464,600.00 | NICHOLSON | 460,000.00 | 3/2/2007 | 454,529.52 | 3,403.47 | (13,473.95) | 165 | (548.19) |
| SSM-528 | 2200182938 | 1/30/2007 | 181,749.50 | NUNES | 179,950.00 | 3/2/2007 | 177,854.62 | 1,377.00 | (5,271.88) | 165 | (214.49) |
| SSM-529 | 2200185412 | 1/30/2007 | 209,979.00 | PATTERSON | 207,900.00 | 3/2/2007 | 205,467.95 | 1,579.43 | (6,090.48) | 165 | (247.79) |
| SSM-530 | 2200196871 | 1/30/2007 | 399,960.00 | QUALLS | 396,000.00 | 3/2/2007 | 391,301.11 | 2,940.64 | (11,599.53) | 165 | (471.93) |
| SSM-531 | 7700193040 | 1/30/2007 | 157,560.00 | Rendleman | 156,000.00 | 3/2/2007 | 154,193.28 | 1,203.71 | (4,570.43) | 165 | (185.95) |
| SSM-532 | 7700207878 | 1/30/2007 | 210,080.00 | REYNOSO | 208,000.00 | 3/2/2007 | 205,566.65 | 1,580.05 | (6,093.40) | 165 | (247.91) |
| SSM-533 | 2200204115 | 1/30/2007 | 201,596.00 | ROBISON | 199,600.00 | 3/2/2007 | 197,267.90 | 1,519.29 | (5,847.39) | 165 | (237.90) |
| SSM-534 | 2200218997 | 1/30/2007 | 430,260.00 | RODRIGUEZ | 426,000.00 | 3/2/2007 | 420,939.47 | 3,157.64 | (12,478.17) | 165 | (507.67) |
| SSM-535 | 7700212341 | 1/30/2007 | 177,659.00 | Rodriguez | 175,900.00 | 3/2/2007 | 173,853.60 | 1,347.86 | (5,153.26) | 165 | (209.66) |
| SSM-536 | 2200208287 | 1/30/2007 | 351,480.00 | Sams | 348,000.00 | 3/2/2007 | 343,879.42 | 2,593.13 | (10,193.71) | 165 | (414.73) |
| SSM-537 | 7700215415 | 1/30/2007 | 206,040.00 | Sandino | 204,000.00 | 3/2/2007 | 201,614.96 | 1,551.22 | (5,976.26) | 165 | (243.14) |
| SSM-538 | 7700201859 | 1/30/2007 | 290,880.00 | Singh | 288,000.00 | 3/2/2007 | 284,602.69 | 2,159.13 | (8,436.44) | 165 | (343.24) |
| SSM-539 | 7700216232 | 1/30/2007 | 242,299.00 | Thomas | 239,900.00 | 3/2/2007 | 237,082.31 | 1,811.00 | (7,082.69) | 165 | (285.92) |
| SSM-540 | 2200218649 | 1/30/2007 | 230,280.00 | TRZMIELEWSKI | 228,000.00 | 3/2/2007 | 225,325.66 | 1,724.82 | (6,679.16) | 165 | (271.74) |
| SSM-541 | 7700214976 | 1/30/2007 | 242,400.00 | VITO | 240,000.00 | 3/2/2007 | 237,181.00 | 1,811.62 | (7,030.62) | 165 | (286.04) |
| SSM-542 | 2200181045 | 1/30/2007 | 1,010,000.00 | ZALEZ | 1,000,000.00 | 3/2/2007 | 988,021.60 | 7,311.02 | (29,289.42) | 165 | (1,191.64) |
| SSM-496 | 2200203592 | 1/26/2007 | 39,219.03 | NORDAUNE | 40,600.00 | 3/2/2007 | 36,753.70 | 392.10 | (2,857.43) | 165 | (116.25) |
| SSM-495 | 2200202465 | 1/26/2007 | 26,293.73 | JANZEN | 26,600.00 | 3/2/2007 | 24,110.29 | 287.80 | (2,471.24) | 165 | (100.54) |
| SSM-466 | 2200200753 | 1/26/2007 | 80,046.97 | AGU | 84,350.00 | 3/2/2007 | 76,268.72 | 722.50 | (4,500.75) | 165 | (183.11) |
| SSM-473 | 2200206757 | 1/26/2007 | 40,067.41 | OTTO | 42,000.00 | 3/2/2007 | 38,014.68 | 399.10 | (2,451.83) | 165 | (99.75) |
| SSM-493 | 2200183761 | 1/26/2007 | 11,877.98 | RODGERS | 13,350.00 | 3/2/2007 | 12,126.73 | 171.25 | 77.50 | 165 | 3.15 |
| SSM-494 | 2200197266 | 1/26/2007 | 47,566.27 | BENNER | 52,000.00 | 3/2/2007 | 47,032.02 | 459.65 | (993.90) | 165 | (40.44) |
| SSM-497 | 2200203737 | 1/26/2007 | 63,210.28 | BENFORD | 70,450.00 | 3/2/2007 | 63,683.69 | 586.35 | (112.94) | 165 | (4.59) |
| SSM-498 | 2200203744 | 1/26/2007 | 90,238.66 | TOPRAK | 96,000.00 | 3/2/2007 | 86,785.74 | 805.10 | (4,258.02) | 165 | (173.24) |
| SSM-501 | 2200213681 | 1/26/2007 | 43,907.33 | KELBRANTS | 48,000.00 | 3/2/2007 | 43,420.01 | 430.25 | (917.57) | 165 | (37.33) |
| SSM-502 | 2200212152 | 1/26/2007 | 53,636.20 | LOPEZ | 57,000.00 | 3/2/2007 | 51,559.36 | 509.00 | (2,585.84) | 165 | (105.20) |
| | | | $ 13,352,101.36 | | $ 13,058,039.18 | | | 99,869.06 | ($393,931.24) | | ($16,027.07) |

3-06-07 Settlement

| SSM-321 | 2200140787 | 12/27/2006 | 381,579.00 | HALL | 372,000.00 | 3/6/2007 | 379,264.33 | 6,185.00 | (8,499.67) | 161 | (337.43) |
| SSM-404 | 7700204698 | 12/27/2006 | 297,877.80 | Hausauer | 290,400.00 | 3/6/2007 | 295,619.13 | 4,844.45 | (7,103.12) | 161 | (281.98) |
| SSM-235 | 2200061866 | 11/21/2006 | 325,991.80 | Reyes | 317,750.00 | 3/6/2007 | 318,491.42 | 8,231.40 | (15,731.78) | 161 | (624.53) |
| | | | $ 1,005,448.60 | | $ 993,374.88 | | | 19,260.85 | ($31,334.57) | | ($1,243.94) |

3-21-07 Settlement

| SSM-312 | SSM-312 | 11/21/2006 | 209,408.00 | Nunez | 204,500.00 | 3/21/2007 | 207,093.17 | 6,256.02 | (8,570.85) | 146 | (308.55) |
| | | | $ 209,408.00 | | $ 207,093.17 | | | 6,256.02 | ($8,570.85) | | ($308.55) |

Total Loss $ (956,034.63)                ($51,268.88)