**EXHIBIT 6**

Terwin Advisors' Damages Based On Silver State's Breach Of The Terwin Advisors Purchase Agreement

### Early Payment Default Damages

| Terwin Loan Number | Silver State Loan Number | Borrower Last Name | Loan Principle Balance | Paid Through Date | Loan Interest Rate | Loan Purchase Price (As Percentage Of Purchase Amount) | Loan Premium Paid | Days of Interest From Date Of Last Interest Payment Through 8/13/2007 | Interest Due | Total Repurchase Amount Due As Of 8/13/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| 100024449 | 1000021364 | GUILLEN | 194,300.00 | 3/1/2007 | 6.88 | 101.19 | 2,307 | 162 | 6,011 | 202,618 |
| 302613974 | 2200016400 | KHATIB | 280,000.00 | 10/1/2006 | 7.50 | 102.20 | 6,160 | 312 | 18,200 | 304,360 |
| 302614045 | 7700106137 | COLLINS | 326,037.59 | 1/1/2007 | 6.88 | 102.20 | 7,173 | 222 | 13,823 | 347,033 |
| 303992673 | 2200057680 | SANDOVAL | 96,320.72 | 7/1/2007 | 6.75 | 101.30 | 1,252 | 42 | 759 | 98,331 |
| 303211559 | 2200029003 | KEGEYAN | 58,792.14 | 7/1/2007 | 11.25 | 99.13 | - | 42 | 772 | 59,564 |
| 303211582 | 2200069406 | HONG | 147,856.71 | 1/1/2007 | 11.50 | 99.00 | - | 222 | 10,486 | 158,342 |
| 303211587 | 2200072327 | PALACIOS | 66,197.17 | 11/1/2006 | 12.13 | 99.13 | - | 282 | 6,287 | 72,485 |
| 303211592 | 2200072796 | ZHOU | 269,711.31 | 1/1/2007 | 12.38 | 99.13 | - | 222 | 20,582 | 290,294 |
| 303211616 | 2200078466 | THORNTON | 96,984.26 | 1/1/2007 | 14.50 | 99.00 | - | 222 | 8,672 | 105,656 |
| 303211627 | 2200080212 | BURSCH | 154,877.97 | 10/1/2006 | 12.63 | 99.13 | - | 312 | 16,946 | 171,824 |
| 303211641 | 2200082386 | POSPIESZALSKI | 219,762.48 | 1/1/2007 | 11.00 | 99.13 | - | 222 | 14,907 | 234,670 |
| 303211655 | 2200085851 | KNUTSON | 359,653.68 | 12/1/2006 | 9.63 | 99.13 | - | 252 | 24,232 | 383,885 |
| 303211663 | 2200088299 | SPECHT | 62,906.37 | 1/1/2007 | 10.88 | 99.13 | - | 222 | 4,219 | 67,125 |
| 303211707 | 2200095208 | WORRELL | 32,987.91 | 12/1/2006 | 14.00 | 99.13 | - | 252 | 3,233 | 36,221 |
| 303359374 | 7700187402 | FOK | 249,885.04 | 1/1/2007 | 13.00 | 71.83 | - | 222 | 20,032 | 269,917 |
| 303359443 | 7700203487 | Saedio | 94,549.43 | 7/1/2007 | 14.25 | 94.50 | - | 42 | 1,572 | 96,121 |
| 16 | | | 2,710,822.78 | | | | | | | $2,898,447.19 |

### Make Whole Damages - Traded Loans

| Terwin Loan Number | Silver State Loan Number | Borrower Last Name | Loan Principle Balance | Loan Purchase Price (As Percentage Of Purchase Amount) | Loan Sale Price (As Percentage Of Purchase Amount) | Make Whole Due | Date Traded | Days From Date Traded To 8/14/2007 | Simple Interest At 9% From Date Traded To 8/14/2007 |
|---|---|---|---|---|---|---|---|---|---|
| 302613939 | 1000928430 | MOSBY | 446,350.00 | 102.20 | 71.46 | 137,216.91 | 3/16/2007 | 151 | 5108.98 |
| 303211580 | 2200068225 | BIRCHETTE | 95,000.00 | 99.13 | 15.29 | 79,644.85 | 3/29/2007 | 138 | 2710.11 |
| 303211642 | 2200082447 | SMITH | 110,000.00 | 99.00 | 15.29 | 92,082.85 | 3/29/2007 | 138 | 3133.34 |
| 303211653 | 2200084640 | TKAC | 173,852.65 | 99.13 | 16.03 | 144,462.86 | 5/18/2007 | 88 | 3134.65 |
| 303211709 | 2200096001 | CARANDANG | 350,000.00 | 99.13 | 14.84 | 295,003.38 | 3/29/2007 | 138 | 10038.20 |
| 303359538 | 2200130009 | HALL | 110,000.00 | 71.83 | 5.03 | 73,484.07 | 5/18/2007 | 88 | 1594.50 |
| 303359636 | 2200150028 | SUM | 110,000.00 | 94.50 | 21.03 | 80,817.00 | 5/18/2007 | 88 | 1753.62 |
| 303359703 | 2200157885 | CORDOVA | 187,500.00 | 94.50 | 21.03 | 137,756.25 | 5/18/2007 | 88 | 2989.12 |
| 303359892 | 2200172886 | LIM | 137,000.00 | 94.50 | 21.03 | 100,653.90 | 5/18/2007 | 88 | 2184.05 |
| 303359932 | 2200175815 | HOWARD | 113,900.00 | 94.50 | 21.03 | 83,682.33 | 5/18/2007 | 88 | 1815.79 |
| 303359959 | 2200178100 | LEON | 66,000.00 | 94.50 | 21.03 | 48,490.20 | 5/18/2007 | 88 | 1052.17 |
| 303359996 | 2200180568 | GOMEZ | 130,800.00 | 94.50 | 21.03 | 96,098.76 | 5/18/2007 | 88 | 2085.21 |
| 303359999 | 2200180673 | VILLEGAS | 69,600.00 | 94.50 | 21.03 | 51,135.12 | 5/18/2007 | 88 | 1109.56 |
| 303436678 | SSM-47 | WOHLENHAUS | 300,000.00 | 91.51 | 78.79 | 38,156.94 | 6/15/2007 | 60 | 564.51 |
| 14 | | | 2,400,002.65 | | | $1,458,685.41 | | | $39,273.82 |

### Make Whole Damages - Liquidated Loans

| Terwin Loan Number | Silver State Loan Number | Borrower Last Name | Loan Principle Balance | Advances | Less: Proceeds | Make Whole Amount | Comments |
|---|---|---|---|---|---|---|---|
| 302613933 | 1000088380 | ODEDO | 218,400.00 | 18,703.34 | (232,072.67) | 5,030.67 | Short sale |
| 1 | | | | | | $5,030.67 | |

Terwin Advisors' Damages Based On Silver State's Breach Of The Terwin Advisors Purchase Agreement

## Premium Recapture Damages

| Terwin Loan Number | Silver State Loan Number | Borrower Last Name | Loan Purchase Date | Lien Position | Loan Amount Purchased | Loan Purchase Price (As Percentage Of Purchase Amount) | Date Loan Was Paid Off | Original Premium Amount | Months Interim (Rounded Down) | Premium Recapture Due | Days From Date Of Payoff To 8/14/2007 | Simple Interest At 9% From Date Of Payoff To 8/14/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 302678084 | 7700073952 | ORTIZ | 7/19/2006 | 2 | 183,000.00 | 102.0 | 03/16/2007 | 3,660.00 | 7.00 | 1,525.00 | 151 | 56.78 |
| 302678089 | 7700106046 | HENRY | 7/19/2006 | 2 | 92,500.00 | 102.0 | 06/12/2007 | 1,850.00 | 10.00 | 308.33 | 63 | 4.79 |
| 302678090 | 7700106424 | KOTAK | 7/19/2006 | 2 | 170,000.00 | 102.0 | 07/06/2007 | 3,400.00 | 11.00 | 283.33 | 39 | 2.72 |
| 302678093 | 7700113047 | MORA | 7/19/2006 | 2 | 126,000.00 | 102.0 | 10/26/2006 | 2,520.00 | 3.00 | 1,890.00 | 292 | 136.08 |
| 302678095 | 7700113742 | COMEAU | 7/19/2006 | 2 | 28,800.00 | 102.0 | 06/19/2007 | 576.00 | 11.00 | 48.00 | 56 | 3.46 |
| 303317034 | 7700172423 | Eggen | 12/14/2006 | 2 | 500.00 | 102.5 | 06/12/2007 | 12.50 | 5.00 | 7.29 | 63 | 0.11 |
| 303317035 | 7700173165 | DAL PORTO-SMIT | 12/14/2006 | 2 | 100,000.00 | 102.5 | 05/29/2007 | 2,500.00 | 5.00 | 1,458.33 | 77 | 27.69 |
| 7 | | | | | | | | | | $5,520.29 | | $231.63 |