UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

TERWIN ADVISORS LLC, and TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES LVIII,

                Plaintiffs,

vs.

SILVER STATE FINANCIAL SERVICES, INC., MICHAEL STODDART, and LYNN WOODRUM,

                Defendants.

----------------------------------- x

No. 1:07-cv-3647(JGK)(AJP)

**CERTIFICATE OF SERVICE OF PLAINTIFFS' MEMORANDUM OF LAW, THE DECLARATION OF GERALD CASEY AND THE THE DECLARATION OF MATTHEW J. BORGER ALL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

I, Mathew J. Borger, am a member of the Bar of this Court and a partner with Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel for plaintiffs Terwin Advisors LLC and Terwin Warehouse Management LLC in the above-captioned matter. I hereby certify that on August 14, 2007, I served a true and correct copy of (1) Plaintiffs' Memorandum of Law in Support of Their Application for Entry of Default Judgment, (2) the Declaration of Gerald Casey in Support of Plaintiffs' Application for Entry of Default Judgment, and (3) the Declaration of Matthew J. Borger in Support of Plaintiffs' Application for Entry of Default Judgment upon the following counsel by electronic mail:

        Irma L. Gloria, Esquire
        Woods Erickson Whitaker & Maurice LLP
        1349 West Galleria Drive, Suite 200
        Henderson, NV 89014
        Facsimile: 702-434-0615
        Email: igloria@woodserickson.com
        Counsel to Defendants Silver State Financial Services, Inc.,
        Michael Stoddart and Lynn Woodrum

I further certify that on February 15, 2007, I served a true and correct copy of (1) Plaintiffs' Memorandum of Law in Support of Their Application for Entry of Default Judgment,

(2) the Declaration of Gerald Casey in Support of Plaintiffs' Application for Entry of Default Judgment, and (3) the Declaration of Matthew J. Borger in Support of Plaintiffs' Application for Entry of Default Judgment upon the following counsel by federal express overnight delivery:

> Irma L. Gloria, Esquire
> Woods Erickson Whitaker & Maurice LLP
> 1349 West Galleria Drive, Suite 200
> Henderson, NV 89014
> Facsimile: 702-434-0615
> Email: igloria@woodserickson.com
> Counsel to Defendants Silver State Financial Services, Inc.,
> Michael Stoddart and Lynn Woodrum

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, Pennsylvania
August 15, 2007

> KLEHR, HARRISON, HARVEY,
> BRANZBURG & ELLERS LLP
>
> _____
> Matthew J. Borger (MB 7898)
> 260 South Broad Street, 4th Floor
> Philadelphia, PA 19102
> Tel.: 215-568-6060
> Fax: 215-568-6603
> Attorneys for Plaintiffs

PHIL1 747567-1