```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TERWIN ADVISORS LLC, and TERWIN
WAREHOUSE MANAGEMENT LLC, as Program
Administrator for and Assignee of          07 Civ. 3647 (JGK)
TERWIN MORTGAGE WAREHOUSE TRUST II,
SERIES LVIII,                              ORDER

                Plaintiffs,

      - against -

SILVER STATE FINANCIAL SERVICES, INC.,
MICHAEL STODDART, and LYNN WOODRUM,

                Defendants.

JOHN G. KOELTL, District Judge:

    This Court entered a default in favor of the plaintiffs and against the defendants and referred the matter to Magistrate Judge Peck for an inquest on damages.  The Magistrate Judge issued a Report and Recommendation dated October 12, 2007.  The time for filing objections has passed and no objections were filed and any objections have therefore been waived.  In any event, the Court has reviewed the Report and Recommendation and finds no basis to modify it.  The Court therefore adopts the Report and Recommendation and directs the Clerk to enter

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

judgment in favor of the plaintiffs and against the defendants in accordance with the Report and Recommendation.

SO ORDERED.

Dated:   New York, New York
         October 31, 2007

_____
John G. Koeltl
United States District Judge